| | |
|---|---|
| 1 | TIMOTHY COURCHAINE<br>United States Attorney |
| 2 | District of Arizona |
| 3 | VINCENT J. SOTTOSANTI<br>JOSE SOLIS |
| 4 | Assistant United States Attorney<br>State Bar No. 036574 |
| 5 | United States Courthouse<br>405 W. Congress Street, Suite 4800 |
| 6 | Tucson, Arizona 85701<br>Telephone: 520.620.7300 |
| 7 | Vincent.Sottosanti@usdoj.gov<br>jose.solis@usdoj.gov |
|   | Attorneys for Plaintiff |

FILED
2025 MAY 28 PM 2: 1[?]
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR25-02525 TUC-RCC(MSA)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

    Plaintiff,

vs.

Hernan Rafael Castro,

    Defendant.

**INDICTMENT**

Violation:

18 U.S.C. § 1015(d)

(False Certification)

**THE GRAND JURY CHARGES:**

On or about June 9, 2022, in the District of Arizona, to wit: at or near Tucson, Hernan Rafael Castro, an alien, knowingly made a false certification on Form N-400, Application for Naturalization, answering "no" to "have you ever, sold or smuggled controlled substances, illegal drugs, or narcotics?" thereto; in violation of Title 18, United States Code, Section 1015(d).

A TRUE BILL

/ s /

FOREPERSON OF THE GRAND JURY
Dated: May 28, 2025

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

/ s /

JOSE SOLIS
Assistant United States Attorney

REDACTED FOR
PUBLIC DISCLOSURE