AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Hernan Rafael Castro | ) Case No. | CR-25-02525-TUC-RCC(MSA) |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Hernan Rafael Castro,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Count 1 - 18:1015(d) False Certification

City and state: Tucson, Arizona

*Marizela Espinoza*
Issuing officer's signature

ISSUED ON 11:14 am, May 29, 2025
s/ Debra D. Lucas, Clerk

M. Espinoza, Deputy Clerk
Printed name and title

### Return

This warrant was received on *(date)* 5/29/25, and the person was arrested on *(date)* 5/31/25
at *(city and state)* Tucson, AZ.

Date: 5/31/25

R. Tyler D___
Arresting officer's signature

R. Tyler Dillman / Special Agent
Printed name and title

cc: USMS, AUSA, & PTS