**GREEN EVANS-SCHROEDER, PLLC**
Matthew H. Green (Bar No. 020827)
130 West Cushing Street
Tel.: (520) 882-8852
Fax: (520) 882-8843
Email: matt@arizonaimmigration.net
*Attorney for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR25-02525-RCC-MSA-1 |
| Plaintiff, | |
| vs. | **SECOND MOTION TO CONTINUE DETENTION HEARING** |
| Hernan Rafael Castro, | DH: June 18, 2025, 10:00 a.m. |
| Defendant. | |
| | (Honorable Maria S. Aguilera) |

It is expected that excludable delay pursuant to 18 U.S.C. §3161(h)(1)(F) may occur as a result of this motion or from an order based thereon.

COMES NOW the Defendant, Hernan Rafael Castro, by and through his attorney undersigned, and hereby moves this Court for a continuance of the Detention Hearing scheduled for June 18, 2025, for a period of three (3) weeks for the following reasons:

1. Defendant, through undersigned counsel, and the Government are working in good faith to complete the disclosure process, which includes evidence that is relevant to the issue of Defendant's detention. The disclosure at issue

relates to judicial and law enforcement documents in Mexico, which makes preparation for the detention hearing more complex than normal.

2. Undersigned counsel will also be out of town and unavailable June 27 – July 6, 2025.

3. Assistant United States Attorney, Vincent Sottosanti, has been notified of said continuance, and has <u>no objection</u> to this requested continuance.

This motion is made in good faith and not for mere purposes of delay.

RESPECTFULLY SUBMITTED this 16th day of January, 2025.

By: s/ *Matthew H. Green*
Matthew H. Green
Attorney for Defendant

Electronic copy to:

U.S. Attorney's Office
Vincent Sottosanti, AUSA
Jose Solis, AUSA