**GREEN EVANS-SCHROEDER, PLLC**
Matthew H. Green (Bar No. 020827)
130 West Cushing Street
Tel.: (520) 882-8852
Fax: (520) 882-8843
Email: matt@arizonaimmigration.net
*Attorney for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR25-02525-RCC-MSA-1 |
| Plaintiff, | |
| vs. | **FOURTH MOTION TO CONTINUE DETENTION HEARING** |
| Hernan Rafael Castro, | DH: July 30, 2025, 10:00 a.m. |
| Defendant. | |
| | (Honorable Maria S. Aguilera) |

It is expected that excludable delay pursuant to 18 U.S.C. §3161(h)(1)(F) may occur as a result of this motion or from an order based thereon.

COMES NOW the Defendant, Hernan Rafael Castro, by and through his attorney undersigned, and hereby moves this Court for a continuance of the Detention Hearing scheduled for July 30, 2025, for a period of three (3) weeks for the following reasons:

1. Defendant, through undersigned counsel, and the Government are continuing to work in good faith to complete the disclosure process, which includes evidence that is relevant to the issue of Defendant's detention.

2. Assistant United States Attorney, Vincent Sottosanti, has been notified of said continuance, and has <u>no objection</u> to this requested continuance.

This motion is made in good faith and not for mere purpose of delay.

RESPECTFULLY SUBMITTED this 26th day of July, 2025.

By: <u>s/ *Matthew H. Green*</u>
Matthew H. Green
Attorney for Defendant

Electronic copy to:

U.S. Attorney's Office
Vincent Sottosanti, AUSA
Jose Solis, AUSA