**GREEN EVANS-SCHROEDER, PLLC**
Matthew H. Green (Bar No. 020827)
Peter Hormel (Bar No. 015808)
130 West Cushing Street
Tel.: (520) 882-8852
Fax: (520) 882-8843
Email: matt@arizonaimmigration.net
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>Hernan Rafael Castro,<br><br>    Defendant. | CR25-02525-RCC-MSA-1<br><br>**MOTION TO PLACE MOTION AND EXHIBITS UNDER SEAL**<br><br><br>(Honorable Raner C. Collins) |

    On August 29, 2025, Defendant filed his Motion to Dismiss All Charges in this case (ECF 35). Appended to that motion was a series of exhibits. In an oversight, counsel filed said motion with unredacted Exhibits. Exhibits A, B, C, and F contained personal identifiers and other material that should have been redacted. Following a telephone call this date with the Clerk of the Court, it has been learned that the filed exhibits cannot be deleted now that they have been filed. However, the clerk's office will seal the document temporarily pending the order of the Court on this motion.

1

It is submitted that in order to safeguard the information found in said exhibits, Defendant's Motion to Dismiss All Charges (ECF 35) and its attached Exhibits should be placed under seal.

**WHEREFORE,** the defendant, through counsel undersigned, pursuant to LRCrim 49.4, requests that the Court sign the attached order to place ECF 35 Defendant's Motion to Dismiss All Charges (ECF 35) and its attached Exhibits under seal.

RESPECTFULLY SUBMITTED this 2nd day of September, 2025.

By: s/ *Peter Hormel*
Peter Hormel
Attorney for Defendant

Copy via CM/ECF to

Vincent Sottosanti
Assistant United States Attorney

Jose Solis
Assistant United States Attorney