# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Hernan Rafael Castro,<br><br>　　　　Defendant. | No. CR-25-02525-001-TUC-RCC (MSA)<br><br>**ORDER** |

**IT IS ORDERED:**

1. The stipulation (Doc. 42) is **granted**.

2. The detention hearing set for September 30, 2025, is **continued** to **October 21, 2025**, at **10:15 a.m.**

3. The evidentiary hearing set for September 30, 2025, is **continued** to **November 18, 2025**, at **1:30 p.m.**

4. The deadline for the Government to respond to the motion to dismiss (Doc. 35) is extended to **October 22, 2025**. The deadline for Defendant to file a reply is extended to **October 27, 2025**.

Dated this 19th day of September, 2025.

_____
Honorable Maria S. Aguilera
United States Magistrate Judge