# EXHIBITS

*United States v. Castro*
CR25-2525-TUC-RCC-MSA-1

| Exhibit | Document |
|:---:|:---:|
| A | USCIS General Policies and Procedures, Part E- Adjudications |
| B | ROI: Interview of Julie Hashimoto |
| C | 7th Cir. Pattern Instruction: 18 USC § 1015(d) |
| D | 9th Cir. Pattern Instruction 4.8: Knowingly |
| E | Disclosure: Bates Nos. 341-348 |
| F | Redacted Client File (Cowan/KTT) |