# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



09/17/2025 10:41 EDT                                                                                                       Page 1 of 6

**CASE NUMBER**
TU16C425TU0001

**CASE OPENED**
3/6/2025

**CURRENT CASE TITLE**
CASTRO, Hernan Rafael

**REPORT TITLE**
Interview of J. Hashimoto, United States Citizenship & Immigration Services (USCIS) Tucson, Arizona Field Office Director (FOD)

**REPORTED BY**
Randall Dillman
SPECIAL AGENT

**APPROVED BY**
Bradley Williams
SUPERVISORY SPECIAL AGENT

**DATE APPROVED**
9/16/2025

**SYNOPSIS**

In February 2025, Homeland Security Investigations (HSI) Special Agents (SA's) from the Deputy Special Agent in Charge Office (DSAC) Tucson, Arizona office received a referral from the Fraud Detection and National Security Directorate (FDNS) division of United States Citizenship and Immigration Services (USCIS). The referral involved United States Lawful Permanent Resident (LPR) and applicant for United States Naturalization/Citizenship CASTRO-Gonzalez, Hernan Rafael (DOB: 08/06/1987, A#078047790).

The following report of investigation (ROI) will memorialize interview of J. Hashimoto, the Field Office Director (FOD) for the United States Citizenship & Immigration Services (USCIS) Tucson, Arizona Field Office.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| CASTRO, Hernan Rafael | TU16C425TU0001-008 | 9/16/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

USA v. Castro                                                                                                                                   0559



# DEPARTMENT OF HOMELAND SECURITY

HOMELAND SECURITY INVESTIGATIONS

REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

09/17/2025 10:41 EDT                                                                                                Page 2 of 6

## DETAILS OF INVESTIGATION

In February 2025, Homeland Security Investigations (HSI) Special Agents (SA's) from the Deputy Special Agent in Charge Office (DSAC) Tucson, Arizona office received a referral from the Fraud Detection and National Security Directorate (FDNS) division of United States Citizenship and Immigration Services (USCIS). The referral involved United States Lawful Permanent Resident (LPR) and applicant for United States Naturalization/Citizenship CASTRO-Gonzalez, Hernan Rafael (DOB: 08/06/1987, A#078047790).

Since the investigative lead on CASTRO was received by Homeland Security Investigations (HSI) Special Agents (SA's) from the Deputy Special Agent in Charge Office (DSAC) Tucson, Arizona office received from the Fraud Detection and National Security Directorate (FDNS) division of United States Citizenship and Immigration Services (USCIS) steps have been taken to procure and secure any documentary information involving CASTRO.

On Monday, September 15, 2025, USCIS Tucson, Arizona Field Office Director (FOD) J. Hashimoto was interviewed about their knowledge and involvement in the CASTRO naturalization application process and how the Tucson, Arizona USCIS office handled it in its totality.

The interview of FOD Hashimoto was done virtually via Microsoft Teams, in attendance at this virtual meeting were members of the Tucson, Arizona United States Attorney's Office (USAO), Assistant Chief Council (ACC) for Immigration and Customs Enforcement (ICE) Office of the Principal Legal Advisor (OPLA) and FOD J. Hashimoto of the Tucson, Arizona USCIS Field Office.

This report of investigation (ROI) constitutes a synopsis of the questions asked FOD Hashimoto and the answers that were provided and should not be considered a verbatim, or word-for-word, account of the interview. It should be noted that this interview was not recorded in either audio or video format.

To reiterate, this interview took place on Monday, August 15, 2025, virtually, via Microsoft Teams in Tucson, Arizona with the aforementioned parties in attendance and the interview was not recorded.

The interview commenced at approximately 1330 hours.

FOD Hashimoto stated their name and title for the interview and that they had arrived at the Tucson, AZ USCIS Field Office in approximately July of 2001 and became the FOD in approximately July 2014.

| **Current Case Title** | **ROI Number** | **Date Approved** |
|---|---|---|
| CASTRO, Hernan Rafael | TU16C425TU0001-008 | 9/16/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

USA v. Castro                                                                                                               0560

# DEPARTMENT OF HOMELAND SECURITY

HOMELAND SECURITY INVESTIGATIONS

REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

---

09/17/2025 10:41 EDT                                                                                           Page 3 of 6

FOD Hashimoto stated that they were not intimately familiar with CASTRO file but had been looking at it due to the recent email traffic and discussions surrounding it.

FOD Hashimoto stated that they had been the FOD in both October 2014 and May 2023.

FOD Hashimoto stated that they were familiar with the USCIS Tucson, AZ office retention policy when it came to applicant interviews.

FOD Hashimoto stated that there was no local policy in 2014 to record applicant interviews.

FOD Hashimoto was asked if there was any written policy in 2014 at all regarding applicant interviews and stated not a local policy for Tucson until August 2015 on the local Tucson, AZ office level from supervisors to officers about interviews and that they would supply a copy of that email.

FOD Hashimoto summarized the August 2015 email regarding applicant interviews as that it was to initiate/commence a policy to record interviews and how immigration service officers (ISO) were to download them.

FOD Hashimoto stated the 2015 email stated all applicant interviews were to be recorded and would need to be downloaded under certain circumstances (preparing to deny, referring to FDNS and /or attorney requests within ten (10) days).

FOD Hashimoto was asked specifically about the 2014 CASTRO interview and stated that at that time there was no policy and reiterated the recording policy began in August 2015 which predated CASTRO's first interview.

FOD Hashimoto stated that they were unaware if the 2014 CASTRO application interview was recorded.

FOD Hashimoto stated that in 2014 there was no USCIS policy to record applicant interviews and stated that it was unknown if at that time if the local office had the capabilities to record interviews and that even if an officer wanted to record the interview it was unknown if they could have.

FOD Hashimoto stated that during CASTRO's May 2023, interview there was USCIS policy about recording of applicant interviews and that locally all interviews were to be recorded. Additionally, the parameters where interviews would be downloaded were outlined as well as the length of time USCIS would retain them.

FOD Hashimoto stated that CASTRO's 2023 interview should have been recorded.

---

| **Current Case Title** | **ROI Number** | **Date Approved** |
|---|---|---|
| CASTRO, Hernan Rafael | TU16C425TU0001-008 | 9/16/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

USA v. Castro                                                                                                   0561

# DEPARTMENT OF HOMELAND SECURITY

HOMELAND SECURITY INVESTIGATIONS

REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



09/17/2025 10:41 EDTPage 4 of 6

FOD Hashimoto stated that applicant interviews were automatically stored in the hard drives of USCIS officers government issued computers.

FOD Hashimoto stated they were unsure that the CASTRO interview had been stored in the USCIS officers hard drive who interviewed him.

FOD Hashimoto stated that applicant interviews were stored in USCIS officers' hard drives for a minimum of ten (10) days and that most officers would wait until their hard drives were filled before downloading the applicant interviews, should the officers need to.

FOD Hashimoto stated there was a ten (10) business day timeframe to remove applicant interviews that were not going to be downloaded.

FOD Hashimoto stated that the applicant interviews there were recorded and downloaded to a DVD and then placed in the applicants Alien File, A-File, under specific circumstances (preparing to deny, referring to FDNS and/or attorney requests within ten (10) days) for retention purposes.

FOD Hashimoto stated the interviews that were downloaded fell within USCIS records requirement retention standards that they believed were three (3) years.

FOD Hashimoto stated that there were four (4) parameters for applicant interviews to be downloaded and transferred to DVD: (1) application was denied, (2) application referred to USCIS Fraud Detection and National Security Directorate (FDNS), (3) There was an issue, problem or contentious instance between the officer and the applicant or the applicants lawyer during the interview and (4) There was a congressional, lawyer or community action group request within ten (10) days for the interview to be downloaded.

FOD Hashimoto stated that if none of the four (4) parameters occurred then the applicant interview would be deleted.

FOD Hashimoto stated that the 2023 CASTRO interview the officer who performed it claimed to have recorded it however FOD Hashimoto didn't see it personally.

FOD Hashimoto stated the officer who performed the 2023 CASTRO interview does not have it and that there was no DVD in the A-File.

FOD Hashimoto stated the officer who performed the 2023 CASTRO interview did not recall downloading it.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| CASTRO, Hernan Rafael | TU16C425TU0001-008 | 9/16/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

USA v. Castro0562

# DEPARTMENT OF HOMELAND SECURITY

HOMELAND SECURITY INVESTIGATIONS

REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



FOD Hashimoto stated the 2023 CASTRO interview should have been recorded, per USCIS policy, however the officer who interviewed CASTRO was new to the job, and the agency, at the time of the interview and likely did not know the next steps or what the outcome would be and was waiting to speak with a senior USCIS adjudicator about this.

FOD Hashimoto stated that interviews were to be downloaded if there was a denial or questions as to what the eventual the outcome of the case might be.

FOD Hashimoto stated that in the CASTRO situation the local policy stated the interview should be downloaded.

FOD Hashimoto stated they were unsure if the officer interviewing CASTRO had and/or reviewed his A-File at the time of the interview.

FOD Hashimoto stated that if there was no reason to believe there was a false statement made in the past, by the applicant, then there would be no reason to believe a denial would occur and therefore no reason to download the interview recording.

FOD Hashimoto stated that the officer should have had CASTRO's A-file during the 2023 application interview however they were unsure if the officer had it.

FOD Hashimoto stated that there is no standard amount of time for a Form N-400, Application for Naturalization, to be adjudicated and that it varies from applicant to applicant.

FOD Hashimoto went on to say that the Form N-400 adjudication time averages approximately six (6) months and that not many exceed that amount of time.

FOD Hashimoto stated that it would be out of the ordinary for a Form N-400 adjudication to last one (1) year or longer.

FOD Hashimoto stated the CASTRO case was placed in a hold status and that there had not been an adjudication or decision.

FOD Hashimoto stated that the CASTRO case was placed on hold by USCIS Immigration/FDNS officer Gray of the Tucson, AZ USCIS field office.

FOD Hashimoto stated they were unsure as to why USCIS Officer Gray placed the hold on CASTRO's file.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| CASTRO, Hernan Rafael | TU16C425TU0001-008 | 9/16/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

USA v. Castro                                                                                      0563



# DEPARTMENT OF HOMELAND SECURITY

HOMELAND SECURITY INVESTIGATIONS

REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

---

09/17/2025 10:41 EDT                                                                                     Page 6 of 6

FOD Hashimoto stated she had no direct knowledge of the CASTRO case in 2023 however has become aware of it as of late due to the circumstances around it and the request to interview USCIS personnel in regard to it.

FOD Hashimoto stated that in 2014 there was no USCIS policy to record or download applicant interviews.

FOD Hashimoto stated that prior to 2014 USCIS recorded applicant interviews were VCR playback capable recordings and that audio recordings of applicant interviews did not occur until recently in ELLIS (USCIS Electronic Immigration System).

FOD Hashimoto stated that there were no Form N-400 recordings of applicant interviews in October 2014.

The interview of FOD Hashimoto concluded at approximately 1355 hours.

The investigation continues.

---

| **Current Case Title** | **ROI Number** | **Date Approved** |
|---|---|---|
| CASTRO, Hernan Rafael | TU16C425TU0001-008 | 9/16/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

USA v. Castro                                                                                                      0564