**1015(d)** STATUTORY INSTRUCTIONS

## 18 U.S.C. § 1015(d) MAKING FALSE CERTIFICATE OF APPEARANCE—ELEMENTS

[The indictment charges the defendant[s] with; Count[s] __ of the indictment charge[s] the defendant[s] with] making false certificate of appearance. In order for you to find [the; a] defendant guilty of this charge, the government must prove both of the following elements beyond a reasonable doubt:

1. The defendant knowingly:

   (a) made any false [certificate; acknowledgment; statement] concerning the appearance of [person named in the indictment] before the defendant with respect to any [application; declaration; petition; affidavit; deposition; certificate of naturalization; certificate of citizenship; other [paper; writing]]; or

   (b) took an [oath; affirmation; signature; attestation; execution] by [person named in the indictment] related to any [application; declaration; petition; affidavit; deposition; certificate of naturalization; certificate of citizenship; other [paper; writing]]; and

2. The defendant knew the [certificate; acknowledgment; statement; oath; affirmation; signature; attestation] was [required; authorized] as charged in the indictment.

If you find from your consideration of all the evidence that the government has proved each of these elements beyond a reasonable doubt [as to the charge you are considering], then you should find the defendant guilty [of that charge].

If, on the other hand, you find from your consideration of all the evidence that the government has failed

**CRIMINAL INSTRUCTIONS** 1015(d)

to prove any one of these elements beyond a reasonable doubt [as to the charge you are considering], then you should find the defendant not guilty [of that charge].

**Committee Comment**

The term "knowingly" is defined in Pattern Instruction 4.10.

**CRIMINAL INSTRUCTIONS** 1015(d)

to prove any one of these elements beyond a reasonable doubt [as to the charge you are considering], then you should find the defendant not guilty [of that charge].

**Committee Comment**

The term "knowingly" is defined in Pattern Instruction 4.10.