Patricia M. Vroom
CHIEF COUNSEL

**DETAINED**

Elly Laff
Assistant Chief Counsel
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security
2035 N. Central Avenue
Phoenix, AZ 85004

## UNITED STATES DEPARTMENT OF JUSTICE
## EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
## OFFICE OF THE CHIEF IMMIGRATION JUDGE
## ELOY, ARIZONA

| | |
|---|---|
| In the Matter of: ) | |
| ) | |
| Hernan Castro ) | File No.:   A078-047-790 |
| ) | |
| In removal proceedings ) | |

## DEPARTMENT OF HOMELAND SECURITY
## MOTION TO DISMISS WITHOUT PREJUDICE

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
OFFICE OF THE CHIEF IMMIGRATION JUDGE
ELOY, ARIZONA

| | |
|---|---|
| In the Matter of: ) | |
| ) | |
| Hernan Castro ) | File No.:   A078-047-790 |
| ) | |
| In removal proceedings ) | |

### DEPARTMENT OF HOMELAND SECURITY
### MOTION TO DISMISS WITHOUT PREJUDICE

The Department of Homeland Security (the "Department") hereby moves to dismiss the above-captioned case without prejudice. *See* 8 C.F.R. § 239.2(c). The Department contacted the respondent's attorney, Mary Margaret Cowan, with regards to this motion. On August 24, 2015, Ms. Cowan advised that she had no opposition to a grant of this motion.

Respectfully submitted this 24th day of August, 2015.

Patricia M. Vroom
CHIEF COUNSEL

_____
Elly Laff
Assistant Chief Counsel
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security

2

USA v. Castro                                                                                                                                  0342

| PROOF OF SERVICE | |
|---|---|
| | Respondent:<br>Hernan Castro<br>A078-047-790 |
| Respondent's Address:<br><br>Mary Margaret Cowan, Esq.<br>730 South Osborne<br>Tucson, AZ 85701 | I certify under penalty of perjury that a copy of the **Department of Homeland Security's Motion to Dismiss Without Prejudice** and any attachments were deposited in the outgoing mailbox with first class postage to the respondent on the date indicated below.<br><br>_____ Date: August 24, 2015<br>Christina Castillo<br>Legal Assistant<br>Department of Homeland Security |

3

USA v. Castro                                                                                                                               0343

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE OF IMMIGRATION REVIEW
OFFICE OF THE IMMIGRATION JUDGE
ELOY, ARIZONA

In the matter of: **Hernan Castro**      A Number: **A078-047-790**

### ORDER OF THE IMMIGRATION JUDGE

Upon consideration of **THE DEPARTMENT OF HOMELAND SECURITY'S MOTION TO DISMISS WITHOUT PREJUDICE** it is **HEREBY ORDERED** that the motion be

( ) **GRANTED**     ( ) **DENIED** because:

- ( ) DHS does not oppose the motion.
- ( ) The respondent does not oppose the motion.
- ( ) A response to the motion has not been filed with the court.
- ( ) Good cause has been established for the motion.
- ( ) The court agrees with the reasons stated in the opposition to the motion.
- ( ) The motion is untimely per _____.
- ( ) Other:

Deadlines:

- ( ) The application(s) for relief must be filed by _____.
- ( ) The respondent must comply with DHS biometrics instructions by _____.

_____        _____
Date                                                       Immigration Judge

---

**Certificate of Service**
This document was served by:      [ ] Mail       [ ] Personal Service
To: [ ] Alien   [ ] Alien c/o Custodial Officer   [ ] Alien's Atty/Rep   [ ] DHS
Date: _____   By: Court Staff _____

Mary Margaret Cowan
730 South Osborne
Tucson, Arizona 85701
520.724.9146
Arizona Bar No.: 016154
Counsel for Respondent



UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
ELOY, ARIZONA

In the Matter of:

CASTRO HERNAN RAFAEL                              A078-047-790

In Removal Proceedings

FILING RESPONDENT'S MOTION TO
DISMISS ALLEGATION NUMBER FOUR (4)
IN THE NOITICE TO APPEAR DATED MARCH 30, 2015

**Immigration Judge: Feldman**                    **Next Hearing: September 2, 2015**

Respectfully submitted this 27th day of July, 2015.

_____
Mary Margaret Cowan
Counsel of Record

PULL                    FILE
        AUG  3 2015
ASAP                    BOND

USA v. Castro                                                                 0345

## CERTIFICATE OF SERVICE

I, Mary Margaret Cowan, do through my signature herein below, certify that a copy of this filing was served on Deputy DHS / ICE Counsel this 27th day of July, 2015 via personal service at 1705 East Hanna Road; Eloy, Arizona; 85131.

_____
Mary Margaret Cowan
Counsel of Record

USA v. Castro                                                                                           0346

Mary Margaret Cowan
730 South Osborne
Tucson, Arizona  85701
520.724.9146
Arizona Bar No.: 016154
Counsel for Respondent

## IMMIGRATION COURT
## ELOY, ARIZONA

In the Matter of:
CASTRO, HERNAN RAFAEL
A078-047-790                              IN REMOVAL PROCEEDINGS
Respondent

## MOTION TO DISMISS
## ALLEGATION NUMBER FOUR (4)
## IN THE NOTICE TO APPEAR
## DEATED MARCH 30, 2015

---

COMES NOW COUNSEL FOR RESPONDENT and moves the Court to dismiss allegation number four (4) in the Notice To Appear dated March 30, 2015 because this matter was reopened and the conviction was vacated and voided by Pima County Justice Court Judge Jose Luis Castillo on June 29, 2015; (please see Cause No. CR05-522643-MI Traffic & Criminal Minute Entry Order and Judgment attached hereto at Tab A).

Please find attached the proposed Order.
Respectfully submitted this 27th of July, 2015.

_____
Mary Margaret Cowan
Counsel of Record

### CERTIFICATE OF SERVICE

I, Mary Margaret Cowan, do through my signature herein below certify that a copy of this filing was served via U.S. Certified Mail / Return Receipt Requested this 27th day of July, 2015 on DHS / ICE Counsel at 1705 East Hanna Road; Eloy, Arizona, 85131.

_____
Mary Margaret Cowan
Counsel of Record

USA v. Castro                                                                                                  0347

United States Department of Justice
Executive Office for Immigration Review
Immigration Court
Eloy, Arizona

In the Matter of:

CASTRO, HERNAN RAFAEL
Respondent

File No.: A078-047-790

## ORDER OF THE IMMIGRATION JUDGE

Upon consideration of the Respondent's Motion to Dismiss Allegation Numbered Four (4) in the Notice to Appear dated March 30, 2015 it is HEREBY ORDERED that the motion be ☐GRANTED   ☐ DENIED because:

☐ DHS does not oppose the motion.
☐ The respondent does not oppose the motion.
☐ A response to the motion has not been filed with the court.
☐ Good cause has been established for the motion.
☐ The court agrees with the reasons stated in the opposition to the motion.
☐ The motion is untimely per_____.
☐ Other:

Deadlines:

☐ The application(s) for relief must be filed by _____.
☐ The respondent must comply with DHS biometrics instructions by_____.

_____     _____
Date                                                       Immigration Judge

_____

### Certificate of Service
This document was served by: [ ] Mail  [ ] Personal Service
To: [ ] Alien  [ ] Alien c/o Custodial Officer  [ ] Alien's Atty/Rep  [ ] DHS
Date:_____       By: Court Staff_____

USA v. Castro                                                                                                        0348