September 11, 2025

Matthew H. Green
Green & Evens-Schroder, PLLC
130 West Cushing Street
Tucson, Arizona 85701

Re: Hernan Rafael Castro
    Request for Production of Documents in the Following Cases:
    United States District Court Case No. CR25-02525-RCC-MSA-1
    Pima County Superior Court Case No. CR2006-2536

Dear Mr. Green:

Please find attached copies of the following documents provided in response to the United States District Court Subpoena to Produce Documents, Information, Or Objects In A Criminal Case, Case No. CR 25-02525-RCC-MSA-1:

1) Copy of Pima County Superior Court, Case No.: 20062536, Order to Designate Offense dated June 30, 2008;

2) Copy of email correspondence between Xochilt Mercado, Office Manager, Keep Tucson Together, and Hernan Rafael Castro regarding Mr. Castro's interest in applying to change his status from Lawful Permanent Resident to United States citizen, dated November 19, 2021;

3) Copy of form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative dated May 30, 2022;

4) Copy of form N-400, Application for Naturalization and Addendum, signed by Mary Margaret Cowan on May 30, 2022;

5) Copy of form I-797C, Notice of Action, dated October 12, 2022;

6) Copy of form I-797C, Notice of Action, dated October 14, 2022;

7) Copy of electronic correspondence from Hernan Castro to Margo Cowan, dated June 26, 2023;

8) Copy of electronic correspondence from Hernan Castro to Keep Tucson Together, dated June 26, 2023; Ms. Mercado, Keep Tucson Together staff member, acknowledged receipt of Mr. Castro's message in her response, "RECIBIDO', "received", entered on June 27, 2023; a copy of Mr. Castro's letter dated June 1, 2023 to Judge Frederic Dardis is attached;

9) Copy of Hernan R Castro's United States of America Permanent Resident Card; copy of Mr. Hernan Rafael Castro Social Security card,

copy of the backside of Mr. Hernan Rafael Castro's Lawful Permanent
Resident card.

   These documents are true copies of all of the documents Keep Tucson
Together has in Mr. Castro's client file.

Best professional regards,

Margo Cowan
Keep Tucson Together

Xochilt Mercado
Keep Tucson Together

Robert J. Hirsh
Pima County Public Defender
33 N. Stone Ave., 21st Floor, Tucson, Arizona 85701
TEL: (520) 243-6800
FAX: (520) 243-6900
CARMEN L. BAIRD, PCC#65663, SB#021825
Attorney for Herman R. Castro

FILED

08 JUL -3 PM 8: 27

PATRICIA A. NOLAND
CLERK SUPERIOR COURT
BY
DEPUTY

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF PIMA

| | |
|---|---|
| THE STATE OF ARIZONA, | Case No.: CR 20062536 |
| Plaintiff, | ORDER TO DESIGNATE OFFENSE |
| vs. | |
| HERMAN R. CASTRO, | Honorable Frederic Dardis |
| Defendant. | Division 50/A |

Having read the **Motion to Designate Offense**, filed on **June 11, 2008**, and good cause appearing,

IT IS HEREBY ORDERED that the offenses are designated a Class 1 Misdemeanor and, pursuant to A.R.S. §§ 13-905 and 13-912, that any civil rights which were lost or suspended by the conviction in this case, are hereby restored.

SO ORDERED this 30 day of June, 2008.

HONORABLE FREDERIC DARDIS
DIVISION 50/A

1

Copies of the foregoing mailed/delivered/faxed
on June 13, 2008 to:
19

Honorable Frederic Dardis                    DELIVERED
Division 50/A
110 W. Congress St.
Tucson AZ 85701

Drug Court                                   DELIVERED
Deputy County Attorney
32 N. Stone Ave. – 14th Floor
Tucson AZ 85701

DJDC                                         DELIVERED
Adult Probation Department
110 w. Congress, 8th Floor
Tucson, AZ 85701

By: _____

Jm. Criminal Unit

Hernan llamo a la oficina en Nov. 19/2021
solicitando nuestra direccion, estaba
interesado en la ciudadania, el me dijo.
fue cliente de Margo en el defensor publico, yo
envie la direccion a Hernan desde el telefono 620

Hola Hernan, ES xOCHITL de Mantenga Tucson Unido. aqui te dejo la
dreccion de nuestra oficina, es en el 730 S Osborne Ave

Tucson AZ 85701

estamos ab iertos de lunes a jueves de 9 am a 4 pm

y viernes de 9am a 2 pm

Nov 19, 2021

Hola what time will you be in tomorrow

Nov 21, 2021

9-4 PM

Nov 22, 2021

Hola Hernan

podrias mandarme por e-mail ru copia de tu tarjeta de residente, seguro
social y licencia

el correo electronico es MANTENGATUCSONUNIDO@GMAIL.COM

GRACIAS

aun no recibo la informacion que te pedi para empezar con tu ciudadania

Apr 27, 2022

uien eres

Apr 27, 2022

agradesco me digas  si aun estas interesado con tu ciudadania

Apr 27, 2022

Me puedes llamar ?

Solamente eso ?

Apr 27, 2022





██████████ • May 3, 2022

I am interested

I turned in every you asked for

██████████ • May 3, 2022

Eres Xotchil ?

██████████ • May 3, 2022

Hola

si soy Xochitl

disculpa que no me poresente

May 4, 2022

Es lo que necesitas ? Es todo ?

██████████ • May 4, 2022

si quieres mejor podrias venir a la oficina a traerme tu seguro social, tu tarjeta de residente y tu licencia

May 4, 2022

Ok ya ?

██████████ • May 4, 2022

Es lo que necesitas ? Es todo ?

████████ · May 4, 2022

> si quieres mejor podrias venir a la oficina a traerme tu seguro social, tu
> tarjeta de residente y tu licencia
>
> May 4, 2022

Ok ya ?

████████ · May 4, 2022

> asi estas mas seguro con tus documentos e informacion
>
> necesito la copia de tu green card y tu licencia
>
> May 4, 2022

a bueno y que te dijo la Margo de mi case

████████ · May 4, 2022

> ELLA ME DIJO QUE APLICARAS PARA LA CIUDADANIA
>
> May 4, 2022

Y no tendré problemas con lo del pasado ?

████████ · May 4, 2022

> ELLA ME DIJO QUE PODRIA APLICAR
>
> CUANDO ELLA ME DICE QUE LO HAGA ES PORQUE ELLA PIENSA QUE NO




███████ · May 4, 2022

ELLA ME DIJO QUE PODRIA APLICAR

CUANDO ELLA ME DICE QUE LO HAGA ES PORQUE ELLA PIENSA QUE NO
TENDRAS PROBLEMAS

May 4, 2022

Ok

Están abiertos ?

Puedo ir ya ?

███████ · May 5, 2022

buenos dia, es Xochitl de nuevo, te pido una disculpa pero las copias que
sacamos no se ven bien, me podrias mandar una foto de tu licencia, green
card y segguro social

de verdad no se que paso con la impresora ese dia

May 10, 2022





Robert J. Hirsh
Pima County Public Defender
33 N. Stone Ave, 21st Floor, Tucson, Arizona 85701
TEL: (520) 243-6800
FAX: (520) 243-6802
CARMEN L. BAIRD, PCC #65683, SB #021875
Attorney for Herman R. Castro

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF PIMA

THE STATE OF ARIZONA,

Plaintiff,

vs.

HERMAN R. CASTRO,

Defendant.

Case No. CR 20362555

ORDER TO DESIGNATE OFFENSE

Honorable Frederic Dardis
Division 50 A

Having read the Motion to Designate Offense, filed on June 11, 2009, and good cause appearing,

IT IS HEREBY ORDERED that the offense be designated a Class 6 Misdemeanor that, pursuant to A.R.S. §§ 13-905 and 13-907, that any civil rights which were lost or suspended by the conviction in this case, are hereby restored.

SO ORDERED this 30 day of June, 2009.

HONORABLE FREDERIC DARDIS
DIVISION 50 A

FILED



Did you get my stuff

• May 13, 2022

muchas gracias

disculpa pero estaba enferna y no vino la semana pasada a la oficna

gracias por enviar los fotos

May 16, 2022

HOLA HERNAN

TU PAQUETE YA ESTA LISTO

FAVOR DE FICINA DE LUNES A JUEVES DE 9 A 3 DE LA TARDE O
VIERNEWS DE 9 A 2 PARA FIRMAR

FAVOR DE TEXTEAR QUE DIA PUEDES VENIR Y LA HORA

Jun 1, 2022



# Application for Naturalization

Department of Homeland Security
U.S. Citizenship and Immigration Services

USCIS
Form N-400
OMB No. 1615-0052
Expires 09/30/2022

| For USCIS Use Only | Date Stamp | Receipt | Action Block |
|---|---|---|---|
| | | | |

Remarks

▶ **START HERE - Type or print in black ink.** Type or print "N/A" if an item is not applicable or the answer is none, unless otherwise indicated. Failure to answer all of the questions may delay U.S. Citizenship and Immigration Services (USCIS) processing your Form N-400. **NOTE: You must complete Parts 1. - 15.**

If your biological or legal adoptive mother or father is a U.S. citizen by birth, or was naturalized before you reached your 18th birthday, you may already be a U.S. citizen. Before you consider filing this application, please visit the USCIS Website at www.uscis.gov for more information on this topic and to review the instructions for Form N-600, Application for Certificate of Citizenship, and Form N-600K, Application for Citizenship and Issuance of Certificate Under Section 322.

**NOTE:** Are either of your parents a United States citizen? If you answer "Yes," then complete **Part 6. Information About Your Parents** as part of this application. If you answer "No," then skip **Part 6.** and go to **Part 7. Biographic Information.**

## Part 1. Information About Your Eligibility (Select only one box or your Form N-400 may be delayed)

Enter Your 9 Digit A-Number:
▶ A-

1. You are at least 18 years of age and:

   A. ☒ Have been a lawful permanent resident of the United States for at least 5 years.

   B. ☐ Have been a lawful permanent resident of the United States for at least 3 years. In addition, you have been married to and living with the same U.S. citizen spouse for the last 3 years, and your spouse has been a U.S. citizen for the last 3 years at the time you filed your Form N-400.

   C. ☐ Are a lawful permanent resident of the United States **and** you are the spouse of a U.S. citizen **and** your U.S. citizen spouse is regularly engaged in specified employment abroad. (See the Immigration and Nationality Act (INA) section 319(b).) If your residential address is outside the United States and you are filing under Section 319(b), select the USCIS Field Office from the list below where you would like to have your naturalization interview:

   D. ☐ Are applying on the basis of qualifying military service.

   E. ☐ Other (Explain):

## Part 2. Information About You (Person applying for naturalization)

1. Your Current Legal Name (**do not** provide a nickname)

| Family Name (Last Name) | Given Name (First Name) | Middle Name (if applicable) |
|---|---|---|
| CASTRO | HERNAN | RAFAEL |

2. Your Name Exactly As It Appears on Your Permanent Resident Card (if applicable)

| Family Name (Last Name) | Given Name (First Name) | Middle Name (if applicable) |
|---|---|---|
| CASTRO | HERNAN | R |

---

| **Part 2. Information About You** (Person applying for naturalization) (continued) | A- ███████ |
| --- | --- |

3. Other Names You Have Used Since Birth (include nicknames, aliases, and maiden name, if applicable)

| Family Name (Last Name) | Given Name (First Name) | Middle Name (if applicable) |
| --- | --- | --- |
| | | |
| | | |

4. Name Change (Optional)

   **Read the Form N-400 Instructions before you decide whether or not you would like to legally change your name.**

   Would you like to legally change your name?    ☐ Yes ☒ No

   If you answered "Yes," type or print the new name you would like to use in the spaces provided below.

| Family Name (Last Name) | Given Name (First Name) | Middle Name (if applicable) |
| --- | --- | --- |
| | | |

5. U.S. Social Security Number (if applicable)    ► ███████

6. USCIS Online Account Number (if any)    ► [ ]

7. Gender    ☒ Male  ☐ Female

8. Date of Birth (mm/dd/yyyy)    ███████

9. Date You Became a Lawful Permanent Resident (mm/dd/yyyy)    10/28/2002

10. Country of Birth    MEXICO

11. Country of Citizenship or Nationality    MEXICO

12. Do you have a physical or developmental disability or mental impairment that prevents you from demonstrating your knowledge and understanding of the English language and/or civics requirements for naturalization?    ☐ Yes ☒ No

    If you answered "Yes," submit a completed Form N-648, Medical Certification for Disability Exceptions, when you file your Form N-400.

13. Exemptions from the English Language Test

   A. Are you **50 years of age or older and** have you lived in the United States as a lawful permanent resident for periods totaling at least **20 years** at the time you file your Form N-400?    ☐ Yes ☒ No

   B. Are you **55 years of age or older and** have you lived in the United States as a lawful permanent resident for periods totaling at least **15 years** at the time you file your Form N-400?    ☐ Yes ☒ No

   C. Are you **65 years of age or older and** have you lived in the United States as a lawful permanent resident for periods totaling at least **20 years** at the time you file your Form N-400? (If you meet this requirement, you will also be given a simplified version of the civics test.)    ☐ Yes ☒ No

---

| **Part 3. Accommodations for Individuals With Disabilities and/or Impairments** |
| --- |

**NOTE:** Read the information in the Form N-400 Instructions before completing this part.

1. Are you requesting an accommodation because of your disabilities and/or impairments?    ☐ Yes ☒ No

   If you answered "Yes," select any applicable box.

   A. ☐ I am deaf or hard of hearing and request the following accommodation. (If you are requesting a sign-language interpreter, indicate for which language (for example, American Sign Language).)

   B. ☐ I am blind or have low vision and request the following accommodation:

---

| Part 3. Accommodations for Individuals With Disabilities and/or Impairments (continued) | A- |
|---|---|

C. ☐ I have another type of disability and/or impairment (for example, use a wheelchair). (Describe the nature of your disability and/or impairment and the accommodation you are requesting.)

## Part 4. Information to Contact You

1. Daytime Telephone Number
   5209813056

2. Work Telephone Number (if any)

3. Evening Telephone Number

4. Mobile Telephone Number (if any)

5. Email Address (if any)

## Part 5. Information About Your Residence

1. Where have you lived during the last five years? Provide your most recent residence and then list every location where you have lived during the last five years. If you need extra space, use additional sheets of paper.

A. Current Physical Address

Street Number and Name ██████████ Apt. ☐ Ste. ☐ Flr. ☐ Number

| City or Town | County | State | ZIP Code + 4 |
|---|---|---|---|
| TUCSON | PIMA | AZ | 85705 - |

| Province or Region (foreign address only) | Postal Code (foreign address only) | Country (foreign address only) |
|---|---|---|
| | | USA |

Dates of Residence  From (mm/dd/yyyy): 02/09/2014  To (mm/dd/yyyy): Present

B. Current Mailing Address (if different from the address above)

In Care Of Name (if any)

Street Number and Name    Apt. ☐ Ste. ☐ Flr. ☐ Number

| City or Town | County | State | ZIP Code + 4 |
|---|---|---|---|
| | | | - |

| Province or Region (foreign address only) | Postal Code (foreign address only) | Country (foreign address only) |
|---|---|---|
| | | |

**Part 5. Information About Your Residence** (continued)    A-

**C.** Physical Address 2

Street Number and Name

☐ Apt. ☐ Ste. ☐ Flr. Number

City or Town

County

State

ZIP Code + 4

-

Province or Region
(foreign address only)

Postal Code
(foreign address only)

Country
(foreign address only)

Dates of
Residence

From (mm/dd/yyyy)

To (mm/dd/yyyy)

**D.** Physical Address 3

Street Number and Name

☐ Apt. ☐ Ste. ☐ Flr. Number

City or Town

County

State

ZIP Code + 4

-

Province or Region
(foreign address only)

Postal Code
(foreign address only)

Country
(foreign address only)

Dates of
Residence

From (mm/dd/yyyy)

To (mm/dd/yyyy)

**E.** Physical Address 4

Street Number and Name

☐ Apt. ☐ Ste. ☐ Flr. Number

City or Town

County

State

ZIP Code + 4

-

Province or Region
(foreign address only)

Postal Code
(foreign address only)

Country
(foreign address only)

Dates of
Residence

From (mm/dd/yyyy)

To (mm/dd/yyyy)

**Part 6. Information About Your Parents**

If neither one of your parents is a United States citizen, then skip this part and go to Part 7.

**1.** Were your parents married before your 18th birthday?    ☒ Yes ☐ No

*Information About Your Mother*

**2.** Is your mother a U.S. citizen?    ☐ Yes ☒ No

If you answered "Yes," complete the following information. If you answered "No," go to **Item Number 3.**

## Part 6. Information About Your Parents (continued)

A- ████████

A. Current Legal Name of U.S. Citizen Mother

Family Name (Last Name)

Given Name (First Name)

Middle Name (if applicable)

B. Mother's Country of Birth

C. Mother's Date of Birth (mm/dd/yyyy)

D. Date Mother Became a U.S. Citizen (if known) (mm/dd/yyyy)

E. Mother's A-Number (if any)

▶ A-

### Information About Your Father

3. Is your father a U.S. citizen?

☐ Yes  ☒ No

If you answered "Yes," complete the information below. If you answered "No," go to **Part 7.**

A. Current Legal Name of U.S. Citizen Father

Family Name (Last Name)

Given Name (First Name)

Middle Name (if applicable)

B. Father's Country of Birth

C. Father's Date of Birth (mm/dd/yyyy)

D. Date Father Became a U.S. Citizen (if known) (mm/dd/yyyy)

E. Father's A-Number (if any)

▶ A-

## Part 7. Biographic Information

**NOTE:** USCIS requires you to complete the categories below to conduct background checks. (See the Form N-400 Instructions for more information.)

1. Ethnicity (Select **only one** box)
   ☒ Hispanic or Latino    ☐ Not Hispanic or Latino

2. Race (Select **all applicable** boxes)
   ☒ White  ☐ Asian  ☐ Black or African American  ☐ American Indian or Alaska Native  ☐ Native Hawaiian or Other Pacific Islander

3. Height  Feet [ ]  Inches [ ]    4. Weight  Pounds [ ][ ][ ]

5. Eye color (Select **only one** box)
   ☐ Black  ☐ Blue  ☐ Brown  ☐ Gray  ☐ Green  ☐ Hazel  ☐ Maroon  ☐ Pink  ☐ Unknown/ Other

6. Hair color (Select **only one** box)
   ☐ Bald (No hair)  ☐ Black  ☐ Blond  ☐ Brown  ☐ Gray  ☐ Red  ☐ Sandy  ☐ White  ☐ Unknown/ Other

## Part 8. Information About Your Employment and Schools You Attended    A-███████

List where you have worked or attended school full time or part time during the last five years. Provide information for the complete time period. Include all military, police, and/or intelligence service. Begin by providing information about your most recent or current employment, studies, or unemployment (if applicable). Provide the locations and dates where you worked, were self-employed, were unemployed, or have studied for the last five years. If you worked for yourself, type or print "self-employed." If you were unemployed, type or print "unemployed." If you need extra space, use additional sheets of paper.

**1.** Employer or School Name

DESERT ARCHEMIST LLC

Street Number and Name

████████████    Apt. ☐  Ste. ☒  Flr. ☐  Number ████

City or Town

TUCSON    State AZ    ZIP Code + 4 ████ - ____

Province or Region (foreign address only) | Postal Code (foreign address only) | Country (foreign address only) USA

Date From (mm/dd/yyyy) 05/16/2017 | Date To (mm/dd/yyyy) PRESENT | Your Occupation OWNER

**2.** Employer or School Name

Street Number and Name    Apt. ☐  Ste. ☐  Flr. ☐  Number

City or Town    State    ZIP Code + 4    -

Province or Region (foreign address only) | Postal Code (foreign address only) | Country (foreign address only)

Date From (mm/dd/yyyy) | Date To (mm/dd/yyyy) | Your Occupation

**3.** Employer or School Name

Street Number and Name    Apt. ☐  Ste. ☐  Flr. ☐  Number

City or Town    State    ZIP Code + 4    -

Province or Region (foreign address only) | Postal Code (foreign address only) | Country (foreign address only)

Date From (mm/dd/yyyy) | Date To (mm/dd/yyyy) | Your Occupation

## Part 9.  Time Outside the United States

A- ███████████

1. How many **total days (24 hours or longer)** did you spend outside the United States during the last 5 years? [____] days

2. How many trips of **24 hours or longer** have you taken outside the United States during the last 5 years? [____] trips

3. List below all the trips of 24 hours or longer that you have taken outside the United States during the last 5 years.  Start with your most recent trip and work backwards.  If you need extra space, use additional sheets of paper.

| Date You Left the United States (mm/dd/yyyy) | Date You Returned to the United States (mm/dd/yyyy) | Did Trip Last 6 Months or More? | Countries to Which You Traveled | Total Days Outside the United States |
|---|---|---|---|---|
| | | ☐ Yes  ☐ No | SEE ATTACHMENT | |
| | | ☐ Yes  ☐ No | | |
| | | ☐ Yes  ☐ No | | |
| | | ☐ Yes  ☐ No | | |
| | | ☐ Yes  ☐ No | | |
| | | ☐ Yes  ☐ No | | |

## Part 10.  Information About Your Marital History

1. What is your current marital status?

   ☒ Single, Never Married   ☐ Married   ☐ Divorced   ☐ Widowed   ☐ Separated   ☐ Marriage Annulled

   If you are single and have never married, go to Part 11.

2. If you are married, is your spouse a current member of the U.S. armed forces?   ☐ Yes   ☐ No

3. How many times have you been married (including annulled marriages, marriages to other people, and marriages to the same person)?   [0]

4. If you are married now, provide the following information about your current spouse.

   A. Current Spouse's Legal Name

   | Family Name (Last Name) | Given Name (First Name) | Middle Name (if applicable) |
   |---|---|---|
   | | | |

   B. Current Spouse's Previous Legal Name

   | Family Name (Last Name) | Given Name (First Name) | Middle Name (if applicable) |
   |---|---|---|
   | | | |

   C. Other Names Used by Current Spouse (include nicknames, aliases, and maiden name, if applicable)

   | Family Name (Last Name) | Given Name (First Name) | Middle Name (if applicable) |
   |---|---|---|
   | | | |

   D. Current Spouse's Date of Birth (mm/dd/yyyy)   [____]

   E. Date You Entered into Marriage with Current Spouse (mm/dd/yyyy)   [____]

## Part 10. Information About Your Marital History (continued)

A- ███████████

**F.** Current Spouse's Present Home Address

Street Number and Name

Apt. Ste. Flr. Number

City or Town ____ County ____ State ____ ZIP Code + 4

Province or Region (foreign address only) ____ Postal Code (foreign address only) ____ Country (foreign address only)

**G.** Current Spouse's Current Employer or Company

**5.** Is your current spouse a U.S. citizen?

☐ Yes ☐ No

If you answered "Yes," answer **Item Number 6.** If you answered "No," go to **Item Number 7.**

**6.** If your current spouse is a U.S. citizen, complete the following information.

**A.** When did your current spouse become a U.S. citizen?

☐ At Birth - Go to **Item Number 8.**    ☐ Other - Complete the following information.

**B.** Date Your Current Spouse Became a U.S. Citizen (mm/dd/yyyy)

**7.** If your current spouse is not a U.S. citizen, complete the following information.

**A.** Current Spouse's Country of Citizenship or Nationality    **B.** Current Spouse's A-Number (if any)

► A-

**C.** Current Spouse's Immigration Status

☐ Lawful Permanent Resident    ☐ Other (Explain):

**8.** How many times has your current spouse been married (including annulled marriages, marriages to other people, and marriages to the same person)? If your current spouse has been married before, provide the following information about your current spouse's prior spouse.

If your current spouse has had more than one previous marriage, provide that information on additional sheets of paper.

**A.** Legal Name of My Current Spouse's Prior Spouse

Family Name (Last Name)    Given Name (First Name)    Middle Name (if applicable)

**B.** Immigration Status of My Current Spouse's Prior Spouse (if known)

☐ U.S. Citizen    ☐ Lawful Permanent Resident    ☐ Other (Explain):

**C.** Date of Birth of My Current Spouse's Prior Spouse (mm/dd/yyyy)    **D.** Country of Birth of My Current Spouse's Prior Spouse

**E.** Country of Citizenship or Nationality of My Current Spouse's Prior Spouse

**Part 10.  Information About Your Marital History** (continued)    A- ▮▮▮▮▮▮

- **F.** My Current Spouse's Date of Marriage with Prior Spouse (mm/dd/yyyy)

- **G.** Date My Current Spouse's Marriage Ended with Prior Spouse (mm/dd/yyyy)

- **H.** How My Current Spouse's Marriage Ended with Prior Spouse
  - ☐ Annulled  ☐ Divorced  ☐ Spouse Deceased  ☐ Other (Explain):

9. If you were married before, provide the following information about your prior spouse.  If you have more than one previous marriage, provide that information on additional sheets of paper.

   - **A.** My Prior Spouse's Legal Name

     | Family Name (Last Name) | Given Name (First Name) | Middle Name (if applicable) |
     |---|---|---|
     | | | |

   - **B.** My Prior Spouse's Immigration Status When My Marriage Ended (if known)
     - ☐ U.S. Citizen  ☐ Lawful Permanent Resident  ☐ Other (Explain):

   - **C.** My Prior Spouse's Date of Birth (mm/dd/yyyy)
   - **D.** My Prior Spouse's Country of Birth

   - **E.** My Prior Spouse's Country of Citizenship or Nationality
   - **F.** Date of Marriage with My Prior Spouse (mm/dd/yyyy)

   - **G.** Date Marriage Ended with My Prior Spouse (mm/dd/yyyy)

   - **H.** How Marriage Ended with My Prior Spouse
     - ☐ Annulled  ☐ Divorced  ☐ Spouse Deceased  ☐ Other (Explain):

**Part 11.  Information About Your Children**

1. Indicate your total number of children. (You must indicate **ALL** children, including: children who are alive, missing, or deceased; children born in the United States or in other countries; children under 18 years of age or older; children who are currently married or unmarried; children living with you or elsewhere; current stepchildren; legally adopted children; **and** children born when you were not married.)    `1`

2. Provide the following information about all your children (sons and daughters) listed in **Item Number 1.**, regardless of age. To list any additional children, use additional sheets of paper.

   - **A.  Child 1**

     Current Legal Name

     | Family Name (Last Name) | Given Name (First Name) | Middle Name (if applicable) |
     |---|---|---|
     | CASTRO | MIA | CHANNEL |

     A-Number (if any)    ▶ A- ▯▯▯▯▯▯▯▯▯

     Date of Birth (mm/dd/yyyy)  `07/03/2018`

     Country of Birth  `MEXICO`

## Part 11. Information About Your Children (continued)    A-█████████

Current Address

Street Number and Name                                           Apt.  Ste.  Flr.  Number
☐     ☐      ☐

| City or Town | County | State | ZIP Code + 4 |
|---|---|---|---|
| NOGALES | | | - |

| Province or Region (foreign address only) | Postal Code (foreign address only) | Country (foreign address only) |
|---|---|---|
| SONORA | | MEXICO |

What is your child's relationship to you? (for example, biological child, stepchild, legally adopted child)    BIOLOGICAL CHILD

---

**B.  Child 2**

Current Legal Name

| Family Name (Last Name) | Given Name (First Name) | Middle Name (if applicable) |
|---|---|---|
| | | |

A-Number (if any)          Date of Birth (mm/dd/yyyy)   Country of Birth
▶ A-

Current Address

Street Number and Name                                           Apt.  Ste.  Flr.  Number
☐     ☐      ☐

| City or Town | County | State | ZIP Code + 4 |
|---|---|---|---|
| | | | - |

| Province or Region (foreign address only) | Postal Code (foreign address only) | Country (foreign address only) |
|---|---|---|
| | | |

What is your child's relationship to you? (for example, biological child, stepchild, legally adopted child)

---

**C.  Child 3**

Current Legal Name

| Family Name (Last Name) | Given Name (First Name) | Middle Name (if applicable) |
|---|---|---|
| | | |

A-Number (if any)          Date of Birth (mm/dd/yyyy)   Country of Birth
▶ A-

## Part 11. Information About Your Children (continued)

A- ▮▮▮▮▮▮

Current Address

Street Number and Name

☐ Apt. ☐ Ste. ☐ Flr. Number

City or Town

County

State

ZIP Code + 4

Province or Region
(foreign address only)

Postal Code
(foreign address only)

Country
(foreign address only)

What is your child's relationship to you? (for example, biological child, stepchild, legally adopted child)

**D.  Child 4**

Current Legal Name

Family Name (Last Name)

Given Name (First Name)

Middle Name (if applicable)

A-Number (if any)

▶ A-

Date of Birth (mm/dd/yyyy)

Country of Birth

Current Address

Street Number and Name

☐ Apt. ☐ Ste. ☐ Flr. Number

City or Town

County

State

ZIP Code + 4

Province or Region
(foreign address only)

Postal Code
(foreign address only)

Country
(foreign address only)

What is your child's relationship to you? (for example, biological child, stepchild, legally adopted child)

## Part 12.  Additional Information About You (Person Applying for Naturalization)

**Answer Item Numbers 1. - 21.**  If you answer "Yes" to any of these questions, include a typed or printed explanation on additional sheets of paper.

1.  Have you **EVER** claimed to be a U.S. citizen (in writing or any other way)?  ☐ Yes  ☒ No

2.  Have you **EVER** registered to vote in any Federal, state, or local election in the United States?  ☐ Yes  ☒ No

3.  Have you **EVER** voted in any Federal, state, or local election in the United States?  ☐ Yes  ☒ No

4.  **A.**  Do you now have, or did you **EVER** have, a hereditary title or an order of nobility in any foreign country?  ☐ Yes  ☒ No

    **B.**  If you answered "Yes," are you willing to give up any inherited titles or orders of nobility that you have in a foreign country at your naturalization ceremony?  ☐ Yes  ☐ No

5.  Have you **EVER** been declared legally incompetent or been confined to a mental institution?  ☐ Yes  ☒ No

| Part 12. Additional Information About You (Person Applying for Naturalization) (continued) | A- |
|---|---|

6. Do you owe any overdue Federal, state, or local taxes? ☐ Yes ☒ No

7. A. Have you EVER not filed a Federal, state, or local tax return since you became a lawful permanent resident? ☐ Yes ☒ No

   B. If you answered "Yes," did you consider yourself to be a "non-U.S. resident"? ☐ Yes ☐ No

8. Have you called yourself a "non-U.S. resident" on a Federal, state, or local tax return since you became a lawful permanent resident? ☐ Yes ☒ No

9. A. Have you EVER been a member of, involved in, or in any way associated with, any organization, association, fund, foundation, party, club, society, or similar group in the United States or in any other location in the world? ☐ Yes ☒ No

   B. If you answered "Yes," provide the information below. If you need extra space, attach the names of the other groups on additional sheets of paper and provide any evidence to support your answers.

| Name of the Group | Purpose of the Group | Dates of Membership | |
|---|---|---|---|
| | | From (mm/dd/yyyy) | To (mm/dd/yyyy) |
| | | | |
| | | | |
| | | | |
| | | | |

10. Have you EVER been a member of, or in any way associated (either directly or indirectly) with:

   A. The Communist Party? ☐ Yes ☒ No

   B. Any other totalitarian party? ☐ Yes ☒ No

   C. A terrorist organization? ☐ Yes ☒ No

11. Have you EVER advocated (either directly or indirectly) the overthrow of any government by force or violence? ☐ Yes ☒ No

12. Have you EVER persecuted (either directly or indirectly) any person because of race, religion, national origin, membership in a particular social group, or political opinion? ☐ Yes ☒ No

13. Between March 23, 1933 and May 8, 1945, did you work for or associate in any way (either directly or indirectly) with:

   A. The Nazi government of Germany? ☐ Yes ☒ No

   B. Any government in any area occupied by, allied with, or established with the help of the Nazi government of Germany? ☐ Yes ☒ No

   C. Any German, Nazi, or S.S. military unit, paramilitary unit, self-defense unit, vigilante unit, citizen unit, police unit, government agency or office, extermination camp, concentration camp, prisoner of war camp, prison, labor camp, or transit camp? ☐ Yes ☒ No

| Part 12. Additional Information About You (Person Applying for Naturalization) (continued) | A- ▉▉▉▉▉ |
| --- | --- |

14. Were you **EVER** involved in any way with any of the following:

  A. Genocide?                                                                    ☐ Yes ☒ No
  B. Torture?                                                                     ☐ Yes ☒ No
  C. Killing, or trying to kill, someone?                                         ☐ Yes ☒ No
  D. Badly hurting, or trying to hurt, a person on purpose?                       ☐ Yes ☒ No
  E. Forcing, or trying to force, someone to have any kind of sexual contact or relations?  ☐ Yes ☒ No
  F. Not letting someone practice his or her religion?                            ☐ Yes ☒ No

15. Were you **EVER** a member of, or did you **EVER** serve in, help, or otherwise participate in, any of the following groups:

  A. Military unit?                                                               ☐ Yes ☒ No
  B. Paramilitary unit (a group of people who act like a military group but are not part of the official military)?  ☐ Yes ☒ No
  C. Police unit?                                                                 ☐ Yes ☒ No
  D. Self-defense unit?                                                           ☐ Yes ☒ No
  E. Vigilante unit (a group of people who act like the police, but are not part of the official police)?  ☐ Yes ☒ No
  F. Rebel group?                                                                 ☐ Yes ☒ No
  G. Guerrilla group (a group of people who use weapons against or otherwise physically attack the military, police, government, or other people)?  ☐ Yes ☒ No
  H. Militia (an army of people, not part of the official military)?              ☐ Yes ☒ No
  I. Insurgent organization (a group that uses weapons and fights against a government)?  ☐ Yes ☒ No

16. Were you **EVER** a worker, volunteer, or soldier, or did you otherwise **EVER** serve in any of the following:

  A. Prison or jail?                                                              ☐ Yes ☒ No
  B. Prison camp?                                                                 ☐ Yes ☒ No
  C. Detention facility (a place where people are forced to stay)?                ☐ Yes ☒ No
  D. Labor camp (a place where people are forced to work)?                        ☐ Yes ☒ No
  E. Any other place where people were forced to stay?                            ☐ Yes ☒ No

17. Were you **EVER** a part of any group, or did you **EVER** help any group, unit, or organization that used a weapon against any person, or threatened to do so?  ☐ Yes ☒ No

  A. If you answered "Yes," when you were part of this group, or when you helped this group, did you ever use a weapon against another person?  ☐ Yes ☐ No
  B. If you answered "Yes," when you were part of this group, or when you helped this group, did you ever tell another person that you would use a weapon against that person?  ☐ Yes ☐ No

18. Did you **EVER** sell, give, or provide weapons to any person, or help another person sell, give, or provide weapons to any person?  ☐ Yes ☒ No

  A. If you answered "Yes," did you know that this person was going to use the weapons against another person?  ☐ Yes ☐ No
  B. If you answered "Yes," did you know that this person was going to sell or give the weapons to someone who was going to use them against another person?  ☐ Yes ☐ No

| Part 12. Additional Information About You (Person Applying for Naturalization) (continued) | A- ████████ |
|---|---|

19. Did you **EVER** receive any type of military, paramilitary (a group of people who act like a military group but are not part of the official military), or weapons training? ☐ Yes ☒ No

20. Did you **EVER** recruit (ask), enlist (sign up), conscript (require), or use any person under 15 years of age to serve in or help an armed force or group? ☐ Yes ☒ No

21. Did you **EVER** use any person under 15 years of age to do anything that helped or supported people in combat? ☐ Yes ☒ No

**If any of Item Numbers 22. - 28. apply to you, you must answer "Yes" even if your records have been sealed, expunged, or otherwise cleared.** You must disclose this information even if someone, including a judge, law enforcement officer, or attorney, told you that it no longer constitutes a record or told you that you do not have to disclose the information.

22. Have you **EVER** committed, assisted in committing, or attempted to commit, a crime or offense for which you were **NOT** arrested? ☐ Yes ☒ No

23. Have you **EVER** been arrested, cited, or detained by any law enforcement officer (including any immigration official or any official of the U.S. armed forces) for any reason? ☒ Yes ☐ No

24. Have you **EVER** been charged with committing, attempting to commit, or assisting in committing a crime or offense? ☒ Yes ☐ No

25. Have you **EVER** been convicted of a crime or offense? ☐ Yes ☒ No

26. Have you **EVER** been placed in an alternative sentencing or a rehabilitative program (for example, diversion, deferred prosecution, withheld adjudication, deferred adjudication)? ☐ Yes ☒ No

27. A. Have you **EVER** received a suspended sentence, been placed on probation, or been paroled? ☐ Yes ☒ No
    B. If you answered "Yes," have you completed the probation or parole? ☐ Yes ☐ No

28. A. Have you **EVER** been in jail or prison? ☐ Yes ☒ No
    B. If you answered "Yes," how long were you in jail or prison? Years [ ] Months [ ] Days [ ]

29. If you answered "No" to **ALL** questions in Item Numbers 23. - 28., then skip this item and go to Item Number 30.

If you answered "Yes" to any question in Item Numbers 23. - 28., then complete this table. If you need extra space, use additional sheets of paper and provide any evidence to support your answers.

| Why were you arrested, cited, detained, or charged? | Date arrested, cited, detained, or charged. (mm/dd/yyyy) | Where were you arrested, cited, detained, or charged? (City or Town, State, Country) | Outcome or disposition of the arrest, citation, detention, or charge (no charges filed, charges dismissed, jail, probation, etc.) |
|---|---|---|---|
| SHOPLIFTING AND DRUG POSSESSION | 06/20/2006 | TUCSON AZ | |
| LIQUOR LAW | 12/21/2006 | TUCSON AZ | |
| LIQUOR ALLOW CUSTMR BRING ON PREM | 10/13/2007 | TUCSON AZ | |
| DRIVING WITHOUT LIGHTS AT NIGHT | 10/28/2007 | TUCSON AZ | |
| SHOPLIFTING AND CONTRIBUTE DELINQUENC | 07/09/2009 | TUCSON AZ | |

| Part 12.  Additional Information About You (Person Applying for Naturalization) (continued) | A- ██████ |
|---|---|

Answer Item Numbers 30. - 46.  If you answer "Yes" to any of these questions, except Item Numbers 37. and 38., include a typed or printed explanation on additional sheets of paper and provide any evidence to support your answers.

30.  Have you EVER:

    A.  Been a habitual drunkard? ☐ Yes ☒ No

    B.  Been a prostitute, or procured anyone for prostitution? ☐ Yes ☒ No

    C.  Sold or smuggled controlled substances, illegal drugs, or narcotics? ☐ Yes ☒ No

    D.  Been married to more than one person at the same time? ☐ Yes ☒ No

    E.  Married someone in order to obtain an immigration benefit? ☐ Yes ☒ No

    F.  Helped anyone to enter, or try to enter, the United States illegally? ☐ Yes ☒ No

    G.  Gambled illegally or received income from illegal gambling? ☐ Yes ☒ No

    H.  Failed to support your dependents or to pay alimony? ☐ Yes ☒ No

    I.  Made any misrepresentation to obtain any public benefit in the United States? ☐ Yes ☒ No

31.  Have you EVER given any U.S. Government officials any information or documentation that was false, fraudulent, or misleading? ☐ Yes ☒ No

32.  Have you EVER lied to any U.S. Government officials to gain entry or admission into the United States or to gain immigration benefits while in the United States? ☐ Yes ☒ No

33.  Have you EVER been removed, excluded, or deported from the United States? ☐ Yes ☒ No

34.  Have you EVER been ordered removed, excluded, or deported from the United States? ☐ Yes ☒ No

35.  Have you EVER been placed in removal, exclusion, rescission, or deportation proceedings? ☐ Yes ☒ No

36.  Are removal, exclusion, rescission, or deportation proceedings (including administratively closed proceedings) currently pending against you? ☐ Yes ☐ No

37.  Have you EVER served in the U.S. armed forces? ☐ Yes ☒ No

38.  A.  Are you currently a member of the U.S. armed forces? ☐ Yes ☒ No

    B.  If you answered "Yes," are you scheduled to deploy overseas, including to a vessel, within the next three months?  (Refer to the Address Change section in the Instructions on how to notify USCIS if you learn of your deployment plans after you file your Form N-400.) ☐ Yes ☒ No

    C.  If you answered "Yes," are you currently stationed overseas? ☐ Yes ☒ No

39.  Have you EVER been court-martialed, administratively separated, or disciplined, or have you received an other than honorable discharge, while in the U.S. armed forces? ☐ Yes ☒ No

40.  Have you EVER been discharged from training or service in the U.S. armed forces because you were an alien? ☐ Yes ☒ No

41.  Have you EVER left the United States to avoid being drafted in the U.S. armed forces? ☐ Yes ☒ No

42.  Have you EVER applied for any kind of exemption from military service in the U.S. armed forces? ☐ Yes ☒ No

43.  Have you EVER deserted from the U.S. armed forces? ☐ Yes ☒ No

| Part 12.  Additional Information About You (Person Applying for Naturalization) (continued) | A- ███████████ |
| --- | --- |

**44.**  **A.**  Are you a male who lived in the United States at any time between your 18th and 26th birthdays? (This does not include living in the United States as a lawful nonimmigrant.)  ☐ Yes  ☒ No

**B.**  If you answered "Yes," when did you register for the Selective Service?  Provide the information below.

Date Registered (mm/dd/yyyy)

Selective Service Number

**C.**  If you answered "Yes," but you **did not register** with the Selective Service System and you are:

1.  Still under 26 years of age, you must register before you apply for naturalization, and complete the Selective Service information above; **OR**

2.  Now 26 to 31 years of age (29 years of age if you are filing under INA section 319(a)), but you did not register with the Selective Service, you must attach a statement explaining why you did not register, and provide a status information letter from the Selective Service.

**Answer Item Numbers 45. - 50.**  If you answer "No" to any of these questions, include a typed or printed explanation on additional sheets of paper and provide any evidence to support your answers.

**45.**  Do you support the Constitution and form of Government of the United States?  ☒ Yes  ☐ No

**46.**  Do you understand the full Oath of Allegiance to the United States?  ☒ Yes  ☐ No

**47.**  Are you willing to take the full Oath of Allegiance to the United States?  ☒ Yes  ☐ No

**48.**  If the law requires it, are you willing to bear arms on behalf of the United States?  ☒ Yes  ☐ No

**49.**  If the law requires it, are you willing to perform noncombatant services in the U.S. armed forces?  ☒ Yes  ☐ No

**50.**  If the law requires it, are you willing to perform work of national importance under civilian direction?  ☒ Yes  ☐ No

## Part 13.  Applicant's Statement, Certification, and Signature

**NOTE:** Read the **Penalties** section of the Form N-400 Instructions before completing this part.

*Applicant's Statement*

**NOTE:**  Select the box for either **Item A.** or **B.** in **Item Number 1.**  If applicable, select the box for **Item Number 2.**

1.  Applicant's Statement Regarding the Interpreter

**A.**  ☒  I can read and understand English, and I have read and understand every question and instruction on this application and my answer to every question.

**B.**  ☐  The interpreter named in **Part 14.** read to me every question and instruction on this application and my answer to every question in _____ , a language in which I am fluent, and I understood everything.

2.  Applicant's Statement Regarding the Preparer

☐  At my request, the preparer named in **Part 15.,** _____ , prepared this application for me based only upon information I provided or authorized.

## Part 13.  Applicant's Statement, Certification, and Signature (continued)     A- █████████

### Applicant's Certification

Copies of any documents I have submitted are exact photocopies of unaltered, original documents, and I understand that USCIS may require that I submit original documents to USCIS at a later date.  Furthermore, I authorize the release of any information from any of my records that USCIS may need to determine my eligibility for the immigration benefit that I seek.

I further authorize release of information contained in this application, in supporting documents, and in my USCIS records to other entities and persons where necessary for the administration and enforcement of U.S. immigration laws.

I understand that USCIS will require me to appear for an appointment to take my biometrics (fingerprints, photograph, and/or signature) and, at that time, I will be required to sign an oath reaffirming that:

1)  I reviewed and provided or authorized all of the information in my application;

2)  I understood all of the information contained in, and submitted with, my application; and

3)  All of this information was complete, true, and correct at the time of filing.

I certify, under penalty of perjury, that I provided or authorized all of the information in my application, I understand all of the information contained in, and submitted with, my application, and that all of this information is complete, true, and correct.

### Applicant's Signature

3.  Applicant's Signature

➡️ [_____]

Date of Signature (mm/dd/yyyy)

[_____]

**NOTE TO ALL APPLICANTS:**  If you do not completely fill out this application or fail to submit required documents listed in the Instructions, USCIS may deny your application.

## Part 14.  Interpreter's Contact Information, Certification, and Signature

Provide the following information about the interpreter.

### Interpreter's Full Name

1.  Interpreter's Family Name (Last Name)

[_____]

Interpreter's Given Name (First Name)

[_____]

2.  Interpreter's Business or Organization Name (if any)

[_____]

### Interpreter's Mailing Address

3.  Street Number and Name

[_____]

Apt. ☐  Ste. ☐  Flr. ☐  Number [_____]

City or Town

[_____]

State [_____]

ZIP Code + 4 [_____] - [_____]

Province

[_____]

Postal Code

[_____]

Country

[_____]

| Part 14.  Interpreter's Contact Information, Certification, and Signature (continued) | A. █████████████ |

*Interpreter's Contact Information*

4.  Interpreter's Daytime Telephone Number
[                                    ]

5.  Interpreter's Mobile Telephone Number (if any)
[                                    ]

6.  Interpreter's Email Address (if any)
[                                    ]

*Interpreter's Certification*

I certify, under penalty of perjury, that:

I am fluent in English and [                                    ], which is the same language specified in **Part 13., Item B.** in **Item Number 1.**, and I have read to this applicant in the identified language every question and instruction on this application and his or her answer to every question.  The applicant informed me that he or she understands every instruction, question and answer on the application, including the **Applicant's Certification** and has verified the accuracy of every answer.

*Interpreter's Signature*

7.  Interpreter's Signature
➡ [                                    ]    Date of Signature (mm/dd/yyyy) [                    ]

| Part 15.  Contact Information, Declaration, and Signature of the Person Preparing This Application, if Other Than the Applicant |

Provide the following information about the preparer.

*Preparer's Full Name*

1.  Preparer's Family Name (Last Name)
[COWAN]

Preparer's Given Name (First Name)
[MARY  MARGARET]

2.  Preparer's Business or Organization Name (if any)
[OFFICE  OF  MM  COWAN]

*Preparer's Mailing Address*

3.  Street Number and Name
[████████████]    Apt. ☐  Ste. ☐  Flr. ☐  Number [                    ]

City or Town
[TUCSON]

State [AZ]

ZIP Code + 4 [85701] - [          ]

Province
[                    ]

Postal Code
[                    ]

Country
[USA]

| Part 15. Contact Information, Declaration, and Signature of the Person Preparing This Application, if Other Than the Applicant (continued) | A- ██████████ |
|---|---|

## Preparer's Contact Information

4. Preparer's Daytime Telephone Number
██████████████

5. Preparer's Mobile Telephone Number (if any)

6. Preparer's Email Address (if any)
██████████████

## Preparer's Statement

7.  A. ☐ I am not an attorney or accredited representative but have prepared this application on behalf of the applicant and with the applicant's consent.

B. ☒ I am an attorney or accredited representative and my representation of the applicant in this case ☒ extends ☐ does not extend beyond the preparation of this application.

NOTE: If you are an attorney or accredited representative whose representation extends beyond preparation of this application, you may be obliged to submit a completed Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative, with this application.

## Preparer's Certification

By my signature, I certify, under penalty of perjury, that I prepared this application at the request of the applicant. The applicant then reviewed this completed application and informed me that he or she understands all of the information contained in, and submitted with, his or her application, including the **Applicant's Certification**, and that all of this information is complete, true, and correct. I completed this application based only on information that the applicant provided to me or authorized me to obtain or use.

## Preparer's Signature

8. Preparer's Signature
➡ [signature]

Date of Signature (mm/dd/yyyy)
5/30/2022

NOTE: Do not complete Parts 16., 17., or 18. until the USCIS Officer instructs you to do so at the interview.

## Part 16. Signature at Interview

I swear (affirm) and certify under penalty of perjury under the laws of the United States of America that I know that the contents of this Form N-400, Application for Naturalization, subscribed by me, including corrections number 1 through _____, are complete, true, and correct. The evidence submitted by me on numbered pages 1 through _____ are complete, true, and correct.

Subscribed to and sworn to (affirmed) before me

USCIS Officer's Printed Name or Stamp

Date of Signature (mm/dd/yyyy)

Applicant's Signature

USCIS Officer's Signature

## Part 17. Renunciation of Foreign Titles

A-

If you answered "Yes" to Part 12., Items A. and B. in Item Number 4., then you must affirm the following before a USCIS officer:

I further renounce the title of _____ which I have heretofore held; or

(list titles)

I further renounce the order of nobility of _____ to which I have heretofore belonged.

(list order of nobility)

**Applicant's Printed Name**

_____

**Applicant's Signature**

_____

**USCIS Officer's Printed Name**

_____

**USCIS Officer's Signature**

_____

**Date of Signature (mm/dd/yyyy)**

_____

## Part 18. Oath of Allegiance

If your application is approved, you will be scheduled for a public oath ceremony at which time you will be required to take the following Oath of Allegiance immediately prior to becoming a naturalized citizen. By signing below you acknowledge your willingness and ability to take this oath:

I hereby declare on oath, that I absolutely and entirely renounce and abjure all allegiance and fidelity to any foreign prince, potentate, state, or sovereignty, of whom or which I have heretofore been a subject or citizen;

that I will support and defend the Constitution and laws of the United States of America against all enemies, foreign, and domestic;

that I will bear true faith and allegiance to the same;

that I will bear arms on behalf of the United States when required by the law;

that I will perform noncombatant service in the armed forces of the United States when required by the law;

that I will perform work of national importance under civilian direction when required by the law; and

that I take this obligation freely, without any mental reservation or purpose of evasion; so help me God.

**Applicant's Printed Name**

| Family Name (Last Name) | Given Name (First Name) | Middle Name (if applicable) |
|---|---|---|
| | | |

**Applicant's Signature**

| | Date of Signature (mm/dd/yyyy) |
|---|---|
| | |

ADDENDUM

LAST NAME: CASTRO        NAME: HERNAN        A#078047790

PART 12 ADDITIONAL INFORMATION ABOUT YOU

29.

CONTRIBUTE DELINQUENCY/DEPENDENCY  AND SHOPLIFTING

07/09/2009

TUCSON AZ

SHOPLIFTING AND MISCONDUCT INVOLVING WEAPONS

11/20/2009

TUCSON AZ

IMPROPER RIGHT TURN POSITION

11/19/2010

TUCSON AZ

ADDENDUM   PART 9 TIME OUTSIDE THE UNITED STATES

LAST NAME: CASTRO   NAME:   HERNAN

MIDDLE NAME: R   A█████████

| Date you left the United States (mm/dd/yyyy) | Date you returned To the United States (mm/dd/yyyy) | Did the trip last 6 months or more? | Countries to which you traveled | Total days outside the United States |
|---|---|---|---|---|
| 01/2022 | 01/2022 | NO | MEXICO | 1 |
| 12/2021 | 12/2021 | NO | MEXICO | 3 |
| 11/2021 | 11/2021 | NO | MEXICO | 2 |
| 10/2021 | 10/2021 | NO | MEXICO | 2 |
| | | | | |
| | | | | |
| | | | TOTAL DAYS | 8 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **SOME DATES ARE APPROXIMATE** | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

 Gmail

**keep tucson together <mantengatucsonunido@gmail.com>**

# letter to get conviction voided
3 messages

**Hernan Castro** <███████████████77@█████████>                    Mon, Jun 26, 2023 at 4:57 PM
To: "mantengatucsonunido@gmail.com" <████████████████@████████>

Hello, Margo attached is the letter style that I wrote while I was in Eloy. I sent this letter to the justice court claiming that my rights had indeed been violated under Az Crim 17.2 when I had pled Guilty due to assumption that I was a US citizen. I stated that the conviction resulted in adverse immigration consequences and had I know it would I would not have pled guilty. My letter worked and the judged voided all my convictions in the interest of justice. I was wondering if I could send this letter to Superior court regarding my possession of drug parapharnelia. I was only 18 when I got arrested and I did not know my rights back then. Would sending it have any repercussion ?or do you think it will work.

Sent from Mail for Windows

 **Superior Court Motion.docx**
14K

**keep tucson together** <████████████████@█████████>                    Tue, Jun 27, 2023 at 12:24 PM
To: Hernan Castro <████████████████████>

RECIBIDO

*Xochitl Mercado*

*Citizenship Lead*
*Volunteer Coordinator*
*FOIA &*
*Law Office Administrator*
Keep Tucson Together

[Quoted text hidden]

**Desert Alchemist** <████████████████████>                    Wed, Jul 12, 2023 at 4:11 PM
To: keep tucson together <████████████████@██████████>

Hola Xotchil qué opina Margo de mi carta ?

Sent from my iPhone

> On Jun 27, 2023, at 12:24 PM, keep tucson together
> <█████████████████████> wrote:
>
>
> [Quoted text hidden]

# THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Receipt | | | NOTICE DATE |
|---|---|---|---|
| | | | October 12, 2022 |
| CASE TYPE | | | USCIS A# |
| N-400, Application for Naturalization | | | |
| RECEIPT NUMBER | RECEIVED DATE | PRIORITY DATE | PAGE |
| | October 10, 2022 | October 10, 2022 | 1 of 1 |

| APPLICANT NAME AND MAILING ADDRESS | PAYMENT INFORMATION: |
|---|---|

HERNAN R. CASTRO
C/O MARY M. COWAN LAW OFFICE OF MARGO COWAN

TUCSON, AZ 85701

**Single Application Fee:**  $725.00

**Total Balance Due:**  $0.00

We have received your form and are currently processing the above case. We will notify you separately about any other case you filed.

Our records indicate your personal information is as follows:

```
Date of Birth:
Address Where You Live: HERNAN R. CASTRO
```

Upon receipt of all required Record Checks, we will schedule you to appear for an interview at your local USCIS field office.

If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment.

USCIS is switching back to the 2008 version of the civics test. Applicants with a "filing" date (also known as received date) on or after March 1, 2021, will take the 2008 version. For more information and to find study materials, visit the Citizenship Resource Center at uscis.gov/citizenship.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

**USCIS Office Address:**

USCIS National Benefits Center
P. O. Box 648005
Lee's Summit, MO 64002
Attention: N-400 Naturalization Applications

**USCIS Contact Center Number:**

(800)375-5283
ATTORNEY COPY






Department of Homeland Security
U.S. Citizenship and Immigration Services

Form I-797C, Notice of Action

THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Notice to Applicants | CASE TYPE<br>N400 - APPLICATION FOR NATURALIZATION | | NOTICE DATE<br>10/14/2022 |
|---|---|---|---|
| APPLICATION/PETITION/REQUEST NUMBER<br>[redacted] | | USCIS A#<br>[redacted] | CODE<br>N/A |
| ACCOUNT NUMBER<br>[redacted] | TCR | SERVICE CENTER<br>NBC | PAGE<br>1 of 1 |

HERNAN RAFAEL CASTRO
c/o MARY MARGARET COWAN
LAW OFFICE OF MARCO COWAN
[redacted]
TUCSON AZ 85701

U.S. Citizenship and Immigration Services (USCIS) has received your form and is currently processing your application, petition, or request. This notice informs you that USCIS is able to reuse your previously captured fingerprints and other biometrics. USCIS will run the same security checks and use your biometric data as in the past; however, **it is not necessary for you to appear at a USCIS Application Support Center (ASC) for a biometrics appointment.** The biometrics fee will not be refunded.

USCIS is continuing to process your application, petition, or request. USCIS will contact you in writing if any additional information is necessary to resolve your case.

This notice is not an approval of your pending application, petition, or request.

To ensure you receive all correspondence from USCIS, you must update your address if you move. For instructions, visit https://www.uscis.gov/addresschange.

USCIS may use your biometrics to check the criminal history records of the FBI, for identity verification, to determine eligibility, to create immigration documents (e.g., Green Card, Employment Authorization Document, etc.), or any purpose authorized by the Immigration and Nationality Act. You may obtain a copy of your own FBI record using the procedures outlined within Title 28 C.F.R., Section 16.32. For information, please visit https://www.fbi.gov/services/cjis/identity-history-summary-checks. For Privacy Act information, please visit https://www.fbi.gov/services/cjis/compact-council/privacy-act-statement.

If you have questions regarding this notice, please call the USCIS Contact Center at 1-800-375-5283 (TTY 800-767-1833).

If you have a pending N-400 application, find more information and study materials by visiting the Citizenship Resource Center at uscis.gov/citizenship.

APPLICATION NUMBER
N400 - [redacted]

If you have any questions regarding this notice, please contact the USCIS Contact Center at 1-800-375-5283.

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.

Hernan Castro

██████████████

Tucson, Az 85705

June 1st, 2023

Honorable Judge Frederic Dardis
Arizona Superior Court division 50/A
110 W Congress St
Tucson, Az 85701

Dear Honorable Judge Frederic Dardis

My name is Hernan Castro I am humbly writing this letter in regard to case CR20062536 from 2006. In this matter I was put through probation and drug court I completed everything and graduated high school. This case was since Designated a class 1 misdemeanor, since then I have been a contributing member to society, and I am grateful for this. Since then I have not been arrested for any drug crime. The initial conviction has been affecting my immigration status. The matter in question in regards to this case is that when I pleaded guilty to this conviction, I had just turned 18 years old 4 days prior to my arrest. I did not know my rights and did not know that pleading guilty to this conviction would result in adverse immigration consequences. I was not a US citizen at that time; The court must have assumed I was a United States Citizen, and therefore continued proceedings as usual. I do not recall ever receiving the mandatory warning or adverse consequences required by the State of Arizona code R.Crim. P. 17.2. I did not receive proper advice from my public defenders and counsel failed to advise me of the possibility of deportation, exclusion, and denial of naturalization. Otherwise, I would not have pled guilty or nolo contendere if I had been properly advised knowing fully that I would be deported.

As a result of the conviction, I now face adverse Immigration consequences. It is because of this that I Therefore request that this court reconsider the conviction dismissal pursuant to Rule 32 Ariz. R. Crim.P. For post-conviction relief. That this conviction be dismissed or voided in the interest of Justice, and the pleas, verdicts or findings of guilt be vacated and a plea of not guilty be entered. It is because of this that I believe my rights as a non-citizen were violated and would request that the court consider my request. I will continue to act as a responsible law-abiding citizen. Should any questions arise contact me at my address above. Thank you for your time and consideration.

-Sincerely _____.

Hernan R. Castro









Notice of Entry of Appearance
as Attorney or Accredited Representative
Department of Homeland Security

**DHS**
Form G-28
OMB No. 1615-0105
Expires 05/31/2021

## Part 1. Information About Attorney or Accredited Representative

1. USCIS Online Account Number (if any)
   ▶

### Name of Attorney or Accredited Representative

2.a. Family Name (Last Name)  COWAN

2.b. Given Name (First Name)  MARY

2.c. Middle Name  MARGARET

### Address of Attorney or Accredited Representative

3.a. Street Number and Name  ▉▉▉▉▉▉▉▉▉

3.b. ☐ Apt.  ☐ Ste.  ☐ Flr.

3.c. City or Town  TUCSON

3.d. State  AZ    3.e. ZIP Code  85701

3.f. Province

3.g. Postal Code

3.h. Country
   USA

### Contact Information of Attorney or Accredited Representative

4. Daytime Telephone Number
   ▉▉▉▉▉▉▉▉▉

5. Mobile Telephone Number (if any)

6. Email Address (if any)
   ▉▉▉▉▉▉▉▉▉

7. Fax Number (if any)

## Part 2. Eligibility Information for Attorney or Accredited Representative

Select all applicable items.

1.a. ☒ I am an attorney eligible to practice law in, and a member in good standing of, the bar of the highest courts of the following states, possessions, territories, commonwealths, or the District of Columbia. If you need extra space to complete this section, use the space provided in **Part 6. Additional Information**.

   Licensing Authority
   ARIZONA SUPREME COURT

1.b. Bar Number (if applicable)
   AZ 016154

1.c. I (select **only one** box) ☒ am not ☐ am subject to any order suspending, enjoining, restraining, disbarring, or otherwise restricting me in the practice of law. If you are subject to any orders, use the space provided in **Part 6. Additional Information** to provide an explanation.

1.d. Name of Law Firm or Organization (if applicable)
   LAW OFFICE OF MARGO COWAN

2.a. ☐ I am an accredited representative of the following qualified nonprofit religious, charitable, social service, or similar organization established in the United States and recognized by the Department of Justice in accordance with 8 CFR part 1292.

2.b. Name of Recognized Organization

2.c. Date of Accreditation (mm/dd/yyyy)

3. ☐ I am associated with

   the attorney or accredited representative of record who previously filed Form G-28 in this case, and my appearance as an attorney or accredited representative for a limited purpose is at his or her request.

4.a. ☐ I am a law student or law graduate working under the direct supervision of the attorney or accredited representative of record on this form in accordance with the requirements in 8 CFR 292.1(a)(2).

4.b. Name of Law Student or Law Graduate

## Part 3. Notice of Appearance as Attorney or Accredited Representative

If you need extra space to complete this section, use the space provided in **Part 6. Additional Information.**

This appearance relates to immigration matters before (select **only one** box):

**1.a.** ☒ U.S. Citizenship and Immigration Services (USCIS)

**1.b.** List the form numbers or specific matter in which appearance is entered.

> N-400

**2.a.** ☐ U.S. Immigration and Customs Enforcement (ICE)

**2.b.** List the specific matter in which appearance is entered.

**3.a.** ☐ U.S. Customs and Border Protection (CBP)

**3.b.** List the specific matter in which appearance is entered.

**4.** Receipt Number (if any)

**5.** I enter my appearance as an attorney or accredited representative at the request of the (select **only one** box):

☒ Applicant  ☐ Petitioner  ☐ Requestor
☐ Beneficiary/Derivative  ☐ Respondent (ICE, CBP)

## Information About Client (Applicant, Petitioner, Requestor, Beneficiary or Derivative, Respondent, or Authorized Signatory for an Entity)

**6.a.** Family Name (Last Name) — CASTRO

**6.b.** Given Name (First Name) — HERNAN

**6.c.** Middle Name — R

**7.a.** Name of Entity (if applicable)

**7.b.** Title of Authorized Signatory for Entity (if applicable)

**8.** Client's USCIS Online Account Number (if any)

**9.** Client's Alien Registration Number (A-Number) (if any)

> ▶ A-

## Client's Contact Information

**10.** Daytime Telephone Number

**11.** Mobile Telephone Number (if any)

**12.** Email Address (if any)

## Mailing Address of Client

**NOTE:** Provide the client's mailing address. **Do not** provide the business mailing address of the attorney or accredited representative **unless** it serves as the safe mailing address on the application or petition being filed with this Form G-28.

**13.a.** Street Number and Name

**13.b.** ☐ Apt.  ☐ Ste.  ☐ Flr.

**13.c.** City or Town — TUCSON

**13.d.** State — AZ  **13.e.** ZIP Code — 85705

**13.f.** Province

**13.g.** Postal Code

**13.h.** Country — USA

## Part 4. Client's Consent to Representation and Signature

### Consent to Representation and Release of Information

I have requested the representation of and consented to being represented by the attorney or accredited representative named in **Part 1.** of this form. According to the Privacy Act of 1974 and U.S. Department of Homeland Security (DHS) policy, I also consent to the disclosure to the named attorney or accredited representative of any records pertaining to me that appear in any system of records of USCIS, ICE, or CBP.

## Part 4. Client's Consent to Representation and Signature (continued)

### Options Regarding Receipt of USCIS Notices and Documents

USCIS will send notices to both a represented party (the client) and his, her, or its attorney or accredited representative either through mail or electronic delivery. USCIS will send all secure identity documents and Travel Documents to the client's U.S. mailing address.

If you want to have notices and/or secure identity documents sent to your attorney or accredited representative of record rather than to you, please select **all applicable** items below. You may change these elections through written notice to USCIS.

1.a. ☐ I request that USCIS send original notices on an application or petition to the business address of my attorney or accredited representative as listed in this form.

1.b. ☐ I request that USCIS send any secure identity document (Permanent Resident Card, Employment Authorization Document, or Travel Document) that I receive to the U.S. business address of my attorney or accredited representative (or to a designated military or diplomatic address in a foreign country (if permitted)).

   **NOTE:** If your notice contains Form I-94, Arrival-Departure Record, USCIS will send the notice to the U.S. business address of your attorney or accredited representative. If you would rather have your Form I-94 sent directly to you, select **Item Number 1.c.**

1.c. ☐ I request that USCIS send my notice containing Form I-94 to me at my U.S. mailing address.

### Signature of Client or Authorized Signatory for an Entity

2.a. Signature of Client or Authorized Signatory for an Entity
➡

2.b. Date of Signature (mm/dd/yyyy)

## Part 5. Signature of Attorney or Accredited Representative

I have read and understand the regulations and conditions contained in 8 CFR 103.2 and 292 governing appearances and representation before DHS. I declare under penalty of perjury under the laws of the United States that the information I have provided on this form is true and correct.

1. a. Signature of Attorney or Accredited Representative

1.b. Date of Signature (mm/dd/yyyy)    5/30/2022

2.a. Signature of Law Student or Law Graduate

2.b. Date of Signature (mm/dd/yyyy)

## Part 6. Additional Information

If you need extra space to provide any additional information within this form, use the space below. If you need more space than what is provided, you may make copies of this page to complete and file with this form or attach a separate sheet of paper. Type or print your name at the top of each sheet; indicate the **Page Number, Part Number,** and **Item Number** to which your answer refers; and sign and date each sheet.

**1.a** Family Name (Last Name) CASTRO

**1.b** Given Name (First Name) HERNAN

**1.c** Middle Name R

**2.a** Page Number    **2.b** Part Number    **2.c** Item Number

**2.d**

**3.a** Page Number    **3.b** Part Number    **3.c** Item Number

**3.d**

**4.a** Page Number    **4.b** Part Number    **4.c** Item Number

**4.d**

**5.a** Page Number    **5.b** Part Number    **5.c** Item Number

**5.d**

**6.a** Page Number    **6.b** Part Number    **6.c** Item Number

**6.d**

Hernan Rafael Castro