**GREEN EVANS-SCHROEDER, PLLC**
Matthew H. Green (Bar No. 020827)
Peter Hormel (Bar No. 015808)
130 West Cushing Street
Tel.: (520) 882-8852
Fax: (520) 882-8843
Email: matt@arizonaimmigration.net
*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR25-02525-RCC-MSA-1 |
| Plaintiff, | **DEFENDANT'S NOTICE OF DISCLOSURE** |
| vs. | |
| Hernan Rafael Castro, | |
| Defendant. | |
| | (Honorable Raner C. Collins) |

The defendant, Hernan Rafael Castro, by and through his attorney undersigned, and as a supplement to the Notice submitted on September 12, 2025 (Document 41) hereby gives notice that he intends to call the following witnesses at the Evidentiary Hearing set for November 18, 2025 at 1:30 PM:

    1. Livia Lopez, USCIS;

    2. Julie Hashimoto, USCIS;

    3. Randall Tyler Dillman, HSI Special Agent;

    4. Ray Pacheco, Defense Investigator;

5. Sabrina Myers, Green Evans-Schroeder Administrative Assistant (foundational purposes only);

6. Rebecca Giacalone, HSI Special Agent;

7. Lori Price, Esq., United States Attorney's Office, Tucson Division;

8. Monika Sud-Devaraj, Expert (Rule 16(b)(1)(C)(iii) disclosures to be made under separate cover).

RESPECTFULLY SUBMITTED this 5th day of November, 2025.

By: s/ *Peter Hormel*
Peter Hormel
Attorney for Defendant

Copy via CM/ECF to:

Vincent Sottosanti
Jose Solis, Jr.
Assistant United States Attorneys