**GREEN EVANS-SCHROEDER, PLLC**
Matthew H. Green (Bar No. 020827)
Peter Hormel (Bar No. 015808)
130 West Cushing Street
Tel.: (520) 882-8852
Fax: (520) 882-8843
Email: matt@arizonaimmigration.net
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Hernan Rafael Castro,<br><br>　　　　Defendant. | CR25-02525-RCC-MSA-1<br><br>**MOTION FOR TELEPHONIC APPEARANCE OF CO-COUNSEL (Unopposed)**<br><br>(Honorable Raner C. Collins) |

　　The undersigned hereby requests permission to appear telephonically at the evidentiary hearing on November 18, 2025 at 1:30 p.m. I am not in Arizona and unable to travel for the hearing on this date. While lead counsel, Matthew Green, will be present and will conduct the hearing, co-counsel should be present telephonically to hear the proceedings, and to consult with lead counsel during breaks should the need arise. The government has stated it does not object to this request.

　　RESPECTFULLY SUBMITTED this 13th day of November, 2025.

　　　　　　　　By: s/ *Peter Hormel*
　　　　　　　　Peter Hormel
　　　　　　　　Attorney for Defendant

1

Copy of the foregoing
via Email to:

Vincent J. Sottosanti, Esq.
Assistant United States Attorney

Jose R. Solis, Esq.
Assistant United States Attorney