**MAGISTRATE JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – TUCSON**

| | |
|---|---|
| **U.S. Magistrate Judge:** Maria S. Aguilera | **Date:** November 17, 2025 |
| **USA v. Hernan Rafael Castro** | **Case Number:** CR-25-02525-001-TUC-RCC (MSA) |

**Assistant U.S. Attorney:** Vincent Joseph Sottosanti and Jose Solis
**Attorney for Defendant:** Matthew Green, CJA
**Interpreter:** N/A
**Defendant:**   ☒ **Not Present (waived)** ☒ **Custody**

**MOTION HEARING:**

Defense withdraws his request for a detention hearing at this time. IT IS ORDERED granting Defendant's Motion [60] to Withdraw Request for Detention Hearing. Defense counsel submits as to the issue of detention with leave to re-urge the issue at a later time. The Court follows the recommendation by Pretrial Services and Defendant is ordered detained pending trial. Detention Order to issue.

Defense counsel moves for the Court to allow witness Monika Sud-Devaraj to appear telephonically for testimony on 11/18/2025. Government objects to the telephonic appearance and to the witness testifying and arguments of counsel are heard as to same. The Court states it's findings on the record and IT IS ORDERED GRANTING Defendant's motion [63] for permission to allow witness Monika Sud-Devaraj to testify telephonically with the modification that the witness shall appear by Zoom.

Defense counsel withdraws Motion [64] for Permission to allow co-counsel to appear telephonically, therefore the Court finds the motion as moot.

IT IS FURTHER ORDERED sealing the audio of today's hearing.

 The Court affirms the Evidentiary Hearing on 11/18/2025 at 1:30 p.m. as previously set.

**Recorded By:** Courtsmart
**Deputy Clerk:** Cynthia Espinoza

**Motion Hearing:**
**09 min**

**Start:  1:00 PM**
**Stop:   1:59 PM**