**MAGISTRATE JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA –**

| | |
|---|---|
| **U.S. Magistrate Judge:** Maria S. Aguilera | **Date:** November 19, 2025 |
| **USA v. Hernan Rafael Castro** | **Case Number:** CR-25-02525-001-TUC-RCC (MSA) |

**Assistant U.S. Attorney:** Vincent Joseph Sottosanti and Jose Solis
**Attorney for Defendant:** Matthew Green, CJA
**Interpreter:** N/A
**Defendant:** ☒ Present      ☒ Custody

**EVIDENTIARY HEARING ON MOTION TO DISMISS INDICTMENT [35]:**

Defense calls Raymond Pacheco who is sworn and examined.

Over Government's objection, Defense exhibits 43, 44, 45 and 46 are admitted. Exhibits 45 and 46 are admitted for purposes of identification only.

Defense calls Sabrina Lynnette Myers who is sworn and examined.

Over Government's objection, Defense exhibit 38 is admitted into evidence.

Defense counsel calls Agent, Randall Tyler Dillman who is sworn and examined.

There being no objection, Defense exhibits 16, 17, 19, 21, 48, and 53 are admitted.

Defense counsel Livia Osiris Lopez who is sworn and examined.

There being no objection, Defense exhibits 20, 22, 30, 33, 51, and 54 are admitted.

At 3:58 p.m. Court stands at recess.

At 4:07 p.m. Court is back in session at which time the record reflects the presence AUSA, Vincent, Sottosanti for the Government, CJA attorney, Matthew Green and Defendant.

The Court continues the Evidentiary Hearing on Defendant's Motion to Dismiss [35] to December 9, 2025 at 1:30 p.m. before Magistrate Judge Maria S. Aguilera.

There being no objection from counsel, the Court ORDERS side bar held from 2:41:04 p.m. to 2:44:59 p.m.  SEALED.

| | |
|---|---|
| **Recorded By:** Courtsmart | **Motion Hearing:** |
| **Deputy Clerk:** Cynthia Espinoza | **2 hours and 23 mins** |

**USA v.** Hernan Rafael Castro  **Date:** November 19, 2025

**Case Number:** CR-25-02525-001-TUC-RCC (MSA)  Page 2 of 2

**Start: 1:37 PM**
**Stop:  4:10 PM**