# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Hernan Rafael Castro,<br><br>Defendant. | No. CR-25-02525-001-TUC-RCC (MSA)<br><br>**ORDER** |

Before the Court is Defendant Hernan Castro's motion to take the deposition of his former immigration attorney. There being no objection, and good cause appearing,

**IT IS ORDERED** that the motion (Doc. 78) is **granted**. The deposition of Mary M. Cowan will take place on December 9, 2025, at 1:30 p.m. in Courtroom 5E of the Evo A. DeConcini United States Courthouse. The parties must make arrangements for court-reporting services.

**IT IS FURTHER ORDERED** that the evidentiary hearing set for December 9, 2025, is continued to **January 6, 2026**, at **1:30 p.m.**

Dated this 24th day of November, 2025.

Honorable Maria S. Aguilera
United States Magistrate Judge