# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-25-02525-RCC-MSA |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| Hernan Rafael Castro, | |
| Defendant. | |

Upon Motion for Continuance Evidentiary Hearing [Doc. 81], filed by the Defendant, and there being no objection by the Government,

IT IS ORDERED the Motion is GRANTED.

The Evidentiary Hearing set for 1/06/2026 is VACATED and RESET for 1/20/2026 at 9:30 a.m., before Magistrate Judge Maria S. Aguilera, 405 W. Congress, Courtroom 5E, Tucson, Arizona.

Dated this 9th day of December, 2025.

Honorable Maria S. Aguilera
United States Magistrate Judge