**MAGISTRATE JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – TUCSON**

| | |
|---|---|
| **U.S. Magistrate Judge:** Maria S. Aguilera | **Date:** January 20, 2026 |
| **USA v. Hernan Rafael Castro** | **Case Number:** CR-25-02525-001-TUC-RCC (MSA) |

**Assistant U.S. Attorney:** Jose Solis, Jr.
**Attorney for Defendant:** Matthew Green, CJA
**Interpreter:** N/A
**Defendant:**  ☒ Present   ☒ Custody

**CONTINUED EVIDENTIARY HEARING ON MOTION TO DISMISS INDICTMENT [35]:**

Upon oral stipulation of counsel, Defense exhibits 23, 27, 28, 47, 55, 57, 59 and 60 are admitted into evidence.

Defense moves for the admission of exhibits 38, 58, and 61 and Government objects to same. Arguments heard.

Over the Government's objection, Defense exhibit 38 is admitted into evidence for purposes of this hearing only and said exhibit is not admissible at trial.

Examination of Livia Osiris Lopez continues, and witness is subject to cross-examination, re-direct examination, is examined by the Court, and over Defense counsel's objection, subject to re-cross examination.

Upon stipulation of counsel, Defense exhibit 29 is admitted.

Defense counsel calls Julie Mitsuyo Hashimoto who is sworn and examined.

At 11:56 a.m. Court stands at recess.

At 1:03 p.m. Court is back in session at which time the record reflects the presence of the Defendant, respective counsel and case agent.

Examination of Julie Mitsuyo Hashimoto continues, and witness is subject to cross-examination and re-direct examination.

Closing arguments of counsel are heard.

The Court takes this matter UNDER ADVISEMENT and shall issue a Report and Recommendation for Senior Judge Collins' consideration.

**USA v.** Hernan Rafael Castro  **Date:** January 20, 2026

**Case Number:** CR-25-02525-001-TUC-RCC (MSA)   Page 2 of 2

Thereafter: The Court orders a 14-day Transcript of today's proceedings. At the direction of the Court, the Clerk returns all unadmitted exhibits to Defense counsel. All original admitted exhibits are retained.

**Recorded By:** Courtsmart  
**Deputy Clerk:** Cynthia Espinoza

**Evidentiary Hearing:**  
**3 hrs 7 mins**

**Start:  9:39 AM**  
**Stop:   2:54 PM**