# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Hernan Rafael Castro,<br><br>Defendant. | No. CR-25-02525-001-TUC-RCC (MSA)<br><br>**ORDER** |

The Government moves to compel Defendant Hernan Rafael Castro to submit to fingerprinting. There being no objection, and good cause appearing,

**IT IS ORDERED** that the motion (Doc. 99) is **granted**. Defendant must submit to fingerprinting by the Government's fingerprint expert at the detention hearing on February 24, 2026.

Dated this 19th day of February, 2026.

*Honorable Maria S. Aguilera*
United States Magistrate Judge