# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Hernan Rafael Castro,<br><br>　　　　Defendant. | CR-25-02525-001-TUC-RCC (MSA)<br><br>**SCHEDULING ORDER AND ORDER SETTING FIRM TRIAL DATE** |

This case is presently set for trial on April 21, 2026. At the Status Conference held March 10, 2026, before this Court, the parties confirmed they are prepared to proceed to trial. The parties estimate the trial will last five (5) days.

**IT IS ORDERED** vacating the trial currently set April 21, 2026.

**IT IS FURTHER ORDERED** accelerating the **FIRM** jury **trial** to **April 20, 2026, at 9:00 a.m. Counsel are to be present at 8:30 a.m.**

**IT IS FURTHER ORDERED** any and all subpoenas previously issued shall remain in full force and effect through the new trial date.

**IT IS FURTHER ORDERED** setting a **Final Pretrial Conference** on **April 14, 2026, at 11:00 a.m.**

**IT IS FURTHER ORDERED** setting a *Daubert* **Hearing** on **April 7, 2026, at 1:30 p.m.** There being no objection by counsel for the government, the Court **GRANTS** the oral motion by counsel for the defendant to allow the proposed expert to appear by video if the witness is unavailable to appear in person.

1  **IT IS FURTHER ORDERED** that proposed jury instructions, proposed voir dire, witness/exhibits lists, and proposed verdict forms shall be filed on or before **April 14, 2026**.

**IT IS FURTHER ORDERED** any reply to the Response to Defendant's Objections to the Report and Recommendation (Doc. 104) shall be filed on or before March 16, 2026.

**IT IS FURTHER ORDERED** any motions *in limine* shall be filed on or before March 20, 2026. Any responses shall be filed on or before April 1, 2026. The Court will hear argument on any motions *in limine* filed at the April 14, 2026, Final Pretrial Conference scheduled at 11:00 a.m.

Dated this 10th day of March, 2026.

_____
Honorable Raner C. Collins
Senior United States District Judge