IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR-25-02525-RCC-MSA |
|---|---|
| Plaintiff, | |
| v. | ORDER TO DISCLOSE GRAND JURY MATERIAL |
| Hernan Rafael Castro, | |
| Defendant(s). | |

The Court having reviewed the Plaintiff's Motion to Disclose Grand Jury Material, and good cause having been shown, therefore; pursuant to Fed. R. Crim. P. 6(e)(3)(E)(i),

**IT IS ORDERED** that the motion (doc. 121) is granted, and Government counsel is authorized to disclose the Grand Jury material in the above-referenced matter to defense counsel in connection with the above-captioned judicial proceeding.

**IT IS FURTHER ORDERED** that defense counsel not duplicate or otherwise disseminate the Grand Jury material produced pursuant to this Order.

Dated this 1st day of April, 2026.

_____

Honorable Raner C. Collins
Senior United States District Judge