IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America,<br><br>                    Plaintiff,<br><br>        vs.<br><br>Hernan Rafael Castro,<br><br>                    Defendant. | No. CR25-02525-RCC-MSA-1<br><br>ORDER |

Having read the government's Motion to Dismiss Indictment without Prejudice [130] and good cause appearing,

IT IS HEREBY ORDERED that the Indictment is dismissed without prejudice and the hearings on April 7, 2026, and April 14, 2026, and the trial date on April 20, 2026, are vacated.  The U.S. Marshal shall release the defendant from custody in this matter.

DATED this  3rd  day of  April   2026.

The Honorable Raner C Collins
United States District Court Judge

CC:U.S. Marshal via email