# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Hernan Rafael Castro,<br><br>Defendant. | No. CR-25-02525-001-TUC-RCC (MSA)<br><br>**ORDER** |

The parties agreed to a deposition of Margo M. Cowan pursuant to Rule 15 of the Federal Rules of Criminal Procedure. The court previously ordered the deposition to proceed. (Doc. 80). The deposition has been taken. The defendant is indigent and represented by court appointed counsel. Therefore, pursuant to Rule 15(d),

**IT IS ORDERED** that the stipulated motion (Doc. 132) is **granted**. The costs of all depositions in this case requested pursuant to Rule 15 shall be paid by the United States. The United States is ordered to pay the defendant's costs for any transcripts or video recordings for any depositions taken in this case.

Dated this 14th day of April, 2026.

_____
Honorable Maria S. Aguilera
United States Magistrate Judge